Ira Spiro, State Bar No. 67641
  ira@spiromoore.com
H. Scott Leviant, State Bar No. 200834
  scott@spiromoore.com
**SPIRO MOORE LLP**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone: (310) 235-2468
Facsimile:  (310) 235-2456

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>　　　　Defendants. | Case No.: 12-cv-10506 DDP (xVBK)<br><br>CLASS ACTION<br><br>**NOTICE OF DISMISSAL OF DEFENDANT KURT GLASS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)** |

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

Defendant Kurt Glass *only*, and no other Defendant, is dismissed from this action as follows:

1. All claims asserted by all Plaintiffs, MARIO SALAS, MELVIN CHAMBERLAIN, ALBIN WATSON, and JOHN PAXIN, in their individual capacities, are dismissed with prejudice; and,

2. All class claims alleged on behalf of the putative class are dismissed without prejudice.

Because no class has been certified in this action, the Court's approval of the dismissal is not required pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. *See*, Fed. R. Civ. P. 41(a)(1)(A) and 23(e).

Dated: March 6, 2013

Respectfully submitted

SPIRO MOORE LLP

By: _____
Ira Spiro
H. Scott Leviant

Attorneys for Plaintiffs