# OPERATING ENGINEERS PENSION TRUST
# FIRST AMENDED REHABILITATION PLAN

September 28, 2011

## Introduction

The Pension Protection Act of 2006 ("PPA") as amended by the Preservation of Access to Care for Medicare Beneficiaries and Pension Relief Act of 2010, requires the Trustees of a multiemployer pension plan that has been certified by the plan's actuary as being in Critical status (also known as "Red Zone" status) to develop a Rehabilitation Plan ("RP"). An RP must prescribe actions, including recommended actions to be taken by the bargaining parties that are expected to enable a plan to meet stated financial benchmarks by the end of the Rehabilitation Plan period, based on reasonably anticipated experience and on reasonable actuarial assumptions. On September 28, 2010, the Operating Engineers Pension Trust ("Plan") was certified by its Actuary to be in Critical status for the Plan year beginning July 1, 2010, pursuant to IRC Section 432(b)(3).

This Rehabilitation Plan:

1. Specifies the rehabilitation period and the expected emergence date;

2. Includes two schedules (Default Schedule and one Alternative Schedule) of benefit changes and non-benefit contribution changes that will be provided to the bargaining parties, one of which must be implemented as part of future collective bargaining agreements between the Local Union and contributing employers entered into or renewed after October 28, 2010. Nothing prevents an employer and Union from agreeing to implement a particular schedule prior to the expiration of a "collective bargaining agreement";

3. Provides annual standards for meeting the requirements of the Rehabilitation Plan and describes how the Rehabilitation Plan will be updated from time to time; and

4. Describes how the Default Schedule will be automatically implemented if there is no agreement between the bargaining parties in a timely manner.

## Rehabilitation Plan Period

The Rehabilitation Plan period for the Plan is the period of 10 Plan years beginning July 1, 2013. Pursuant to the Preservation of Access to Care for Medicare Beneficiaries and Pension Relief Act of 2010, the Board of Trustees has made the following elections which are part of the RP:

- 30-year amortization of investment loss
- asset smoothing over 10 years for 2008/2009 investment loss
- actuarial value of assets capped at 130% of market value for 2009 and 2010

357407_2.DOC

- 1 -

The Trustees also determined, based on information about the expiration of current collective bargaining agreements, that the Rehabilitation Plan period will begin on July 1, 2013. The Plan is expected to emerge from Critical status by July 1, 2023, based on reasonable assumptions and implementation of this Rehabilitation Plan.

If the Plan Actuary certifies before the end of this period that the Plan is no longer in Critical status for a Plan year, the Rehabilitation Plan period will end as of the close of the preceding Plan year.

### Schedules

Based on the Plan Actuary's projections, the RP must contain schedules of plan changes and/or contribution rate changes that are designed to enable the Plan to emerge from Critical status by the end of the Rehabilitation Plan period. Pursuant to the PPA a RP must include a proposed "default schedule" that identifies the necessary reductions in the amount of future benefit accruals and reduction in adjustable benefits necessary to achieve the applicable benchmarks, assuming no collective bargaining agreement increases contributions to the Plan (other than contributions necessary to achieve the benchmark after amendments have reduced future benefit accruals to the maximum extent permitted by law). This schedule has been prepared and is set forth below in the Default Schedule of this RP.

A RP shall also provide a proposed schedule providing increases in contributions necessary to achieve the applicable benchmark, assuming no amendments reducing future benefit accruals, nor reduction in adjustable benefits under the Plan. This schedule has been prepared and is set forth below as the Alternative Schedule of this RP.

### Implementation of Remedies & Schedules

The current monthly benefit of pensioners and beneficiaries whose actual pension benefit commenced prior to October 28, 2010, are not subject to reduction under this Rehabilitation Plan. Benefits for other participants are determined as described below:

All participants who terminated or will terminate covered employment prior to becoming covered by a Schedule in the Collective Bargaining process, and not in pay status as of October 28, 2010, shall have their benefits determined based on the benefit changes described under the applicable Schedule upon implementation of the applicable Schedule, by their former bargaining unit. To the extent provided under the implemented Schedule the benefits of a Participant who commenced benefits under the current Plan on or after October 28, 2010, shall, to the extent required by the applicable Schedule, see their benefits reduced in accord with the applicable Schedule. These provisions shall take effect on the later of the date the applicable Schedule is implemented for the Participant's former bargaining unit or the date that benefits can be eliminated allowing for legally required advanced notice.

As with any Schedule the Default Schedule is implemented upon adoption by the Collective Bargaining Parties as the applicable Schedule for a particular bargaining unit. However, should the bargaining parties fail to elect any Schedule within 180 days following the expiration date of a collective bargaining agreement in effect as of

357407_2.DOC

October 28, 2010, the Board of Trustees are required by law to unilaterally implement the Default Schedule for that particular bargaining unit.

For non-bargaining unit employee Participants employed by employers who also contribute on behalf of bargaining unit Participants, the Schedule and implementation date is the same as the Schedule and implementation date for the employer's bargaining unit employees. For non-bargaining unit employee participants not employed by an employer that contributes pursuant to a collective bargaining agreement, their implementation date is the earlier of the employer's adoption of a Schedule or 180 days from July 1, 2013.

### Pro-rata Pension Reciprocity and other issues under the Rehabilitation Plan and Critical Status Determination

Some individuals who never become vested in benefits under this Plan may be entitled to a pro-rata Pension from this Plan due to pro-rata Reciprocity Agreements. The pro-rata Pension of such a non-vested individual shall be calculated and paid pursuant to the Default Schedule except to the extent of Covered Hours under an Alternative Schedule which shall accrue benefits in accord with the Alternative Schedule under which the Covered Hours were worked.

If a Participant works under a particular Schedule and subsequently works under another Schedule, benefits accrued during the first period of employment and for prior periods under the same collective bargaining agreement, will be determined under the applicable Schedule and benefits accrued during the employment under a second Schedule shall be determined under the second Schedule. To the extent required by law this may result in separate and distinct annuities being provided to an individual Plan Participant to assure compliance with all applicable law.

In the event that a particular Schedule is implemented for an employer, and then that employer, in a subsequent negotiation, bargains a different Schedule, the Trustees may develop a revised contribution Schedule for that particular situation.

### Rules during the Rehabilitation Period and Adoption of the Rehabilitation Plan

On and after September 28, 2010, the Board of Trustees may not accept a collective bargaining agreement or participation agreement that provides for: (a) lower contributions for any participants; (b) a suspension of contributions with respect to any period of service; or (c) any new direct or indirect exclusion of younger or newly hired employees from plan participation. During the Plan adoption period, the Trustees may not amend the Plan in any way that increases Plan liabilities by reason of an increase in benefits, change in accruals, or change in the vesting rate, unless the amendment is necessary to maintain the Plan's qualified status.

Once the RP has been adopted, the Plan may not be amended in a manner that is inconsistent with the RP. In addition, the Plan may not be amended to increase benefits, including future benefit accruals, unless the Plan Actuary certifies that the benefit increase is consistent with the RP and is paid for out of contributions not required by the Rehabilitation Plan to meet the applicable benchmark.

357407_2.DOC

Based on reasonable assumptions, the Plan is expected to emerge from Critical Status by the Plan Year beginning July 1, 2023. The Trustees recognize the possibility that actual experience could be less favorable than the reasonable assumptions. Therefore, the Trustees are establishing annual standards to reflect possible actuarial losses and still keep the Plan on target to emerge from Critical Status by the end of the Rehabilitation Period.

## Annual Updating of RP

Each year the Plan's Actuary will review and certify the status of the Plan under the PPA funding rules and whether the Plan is or is not making the scheduled progress toward the requirements of the RP. To that end, the chart below provides the projected credit balances and projected funded percentages for each year of the Rehabilitation Plan. The Plan's Actuary has advised the Board of Trustees that the projected Funded Percentage is extraordinarily volatile on a year to year basis. It has nonetheless been included in order that the Board of Trustees might monitor the progress and use this as a general gauge of plan funding during the rehabilitation period.

If the Board of Trustees determines that it is necessary in light of updated information, they will revise the RP and the schedules recommended under it. Notwithstanding subsequent changes in contribution schedules, a schedule of contribution rates provided by the Board of Trustees and relied upon by the bargaining parties in negotiating a collective bargaining agreement shall remain in effect for the duration of that collective bargaining agreement. However, a collective bargaining agreement that is renewed or extended will need to include terms consistent with one of the Schedules in effect at the time of the renewal or extension. A failure to adopt such an updated Schedule would require the Board of Trustees to unilaterally implement the Default Schedule 180 days subsequent to the expiration of a collective bargaining agreement containing a Schedule.

| Plan Year Ending 6/30 | Projected Credit Balance | Projected Funded Percentage |
|---|---|---|
| 2013 | $250,000,000 | 60% |
| 2014 | 250,000,000 | 60 |
| 2015 | 275,000,000 | 60 |
| 2016 | 300,000,000 | 60 |
| 2017 | 300,000,000 | 60 |
| 2018 | 300,000,000 | 60 |
| 2019 | 300,000,000 | 65 |
| 2020 | 300,000,000 | 65 |
| 2021 | 300,000,000 | 70 |
| 2022 | 300,000,000 | 70 |
| 2023 | 300,000,000 | 80 |

357407_2.DOC

- 4 -

## Other Issues

Benefit changes will become effective pursuant to the terms of the Rehabilitation Plan as soon as legally permissible after a Rehabilitation Plan Schedule is adopted or implemented and those benefit changes are expected to be permanent, as required by the PPA for benefits commencing on or after October 28, 2010. The Social Security Level Income form of payment is no longer permitted.

By motion duly adopted, the Board of Trustees of the Operating Engineers Pension Trust on the 28th day of September, 2011, hereby adopts this Rehabilitation Plan for the Plan Year effective July 1, 2013.

_____
Chairman

_____
Secretary

5104307v3/01436.018

357407_2.DOC

## DEFAULT SCHEDULE

### Benefit Changes

- With respect to hours worked after the date of implementation of this Schedule, the benefit accrual rate becomes 1.00% of contributions at the current hourly rate of $5.55, or $55.50 per Pension Credit.

- The Service Pension and Early Retirement Pension are based on actuarial reductions from Normal Retirement Age (age 65).

- The disability benefit is eliminated for participants who are not in pay status as a disabled participant, regardless of the date of their Social Security Award.

- The 120 months Pre-Retirement Payment Certain Death Benefit, Pre-Retirement Lump-Sum Death Benefit and Lump-Sum at Retirement Death Benefit are eliminated.

- The Spouse's Pre-Retirement Death Benefit is reduced to provide only the required REA benefit.

- The 120-month guarantee period is eliminated.

- The adjustment factors for Husband and Wife pensions are based on actuarial equivalence to the straight life annuity.

### Contributions

Employer contribution rates shall increase as follows:

| July 1, 2011 | $0.40 |
| July 1, 2012 | 0.40 |
| July 1, 2013 | - |
| July 1, 2014 | - |
| July 1, 2015 | - |

Any collective bargaining agreement that does not include at least a contribution rate of $5.50 as of September 28, 2010, shall have contribution rate increases for the Plan Years listed above that are determined by the ratio of $5.50 to this contribution rate.

To the extent that a collective bargaining agreement does not have a June 30 expiration date, the foregoing contribution increases shall be effective on the first day of the month in 2011 and thereafter which corresponds with the first day of the month following the month of expiration of the collective bargaining agreement.

357407_2.DOC

## ALTERNATIVE SCHEDULE

**Benefit Changes**

<u>None.</u>

**Contributions**

Employer contribution rates shall increase as follows:

| | |
|---|---|
| July 1, 2011 | $0.40 |
| July 1, 2012 | 0.40 |
| July 1, 2013 | 1.10 |
| July 1, 2014 | 1.10 |
| July 1, 2015 | 1.10 |

Any collective bargaining agreement that does not include at least a contribution rate of $5.50 as of September 28, 2010, shall have contribution rate increases for the Plan Years listed above that are determined by the ratio of $5.50 to this contribution rate.

To the extent that a collective bargaining agreement does not have a June 30 expiration date, the foregoing contribution increases shall be effective on the first day of the month in 2011 and thereafter which corresponds with the first day of the month following the month of expiration of the collective bargaining agreement.

| Form 5500 | Annual Return/Report of Employee Benefit Plan | OMB Nos. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ Complete all entries in accordance with the instructions to the Form 5500. | 1210-0089<br><br>**2010**<br><br>This Form is Open to Public Inspection |

### Part I — Annual Report Identification Information

For calendar plan year 2010 or fiscal plan year beginning **07/01/2010** and ending **06/30/2011**

**A** This return/report is for: [X] a multiemployer plan; [ ] a multiple-employer plan; or
[ ] a single-employer plan; [ ] a DFE (specify) _____

**B** This return/report is: [ ] the first return/report; [ ] the final return/report;
[ ] an amended return/report; [X] a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ............................................................. ▶ [X]

**D** Check box if filing under: [X] Form 5558; [ ] automatic extension; [ ] the DFVC program;
[ ] special extension (enter description)

### Part II — Basic Plan Information · enter all requested information

**1a** Name of plan
OPERATING ENGINEERS PENSION TRUST

**1b** Three-digit plan number (PN) ▶ 001

**1c** Effective date of plan
06/01/1960

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
JOINT BOARD OF TRUSTEES, OPERATING ENGINEERS PENSIO

100 EAST CORSON STREET

PASADENA                    CA    91103

**2b** Employer Identification Number (EIN)
95-6032478

**2c** Sponsor's telephone number
(626) 356-1000

**2d** Business code (see instructions)
238290

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | *Signature of plan administrator* | 04-13-2012 | WILLIAM C. WAGGONER |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | *Signature of employer/plan sponsor* | 4-13-12 | MITCH WHITE |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    Form 5500 (2010)
V.092307.1

018401 07-15-10

# OPERATING ENGINEERS PENSION TRUST

## FINANCIAL STATEMENTS

## JUNE 30, 2011 AND 2010

# OPERATING ENGINEERS PENSION TRUST

## FINANCIAL STATEMENTS

### JUNE 30, 2011 AND 2010

| Description | Page Number |
|---|---|
| Index | 1 |
| Independent Auditors' Report | 2 |
| Statements of net assets available for benefits at June 30, 2011 and 2010 | 3 |
| Statements of changes in net assets available for benefits for years ended June 30, 2011 and 2010 | 4 |
| Statement of accumulated plan benefits at June 30, 2010 | 5 |
| Statement of changes in accumulated plan benefits for year ended June 30, 2010 | 6 |
| Notes to financial statements | 7 - 14 |
| Schedules of assets held for investment purposes at June 30, 2011 and 2010 | 16 |

#### Other Financial Information

| Description | Page Number |
|---|---|
| Schedules of net income from commercial real estate rentals for years ended June 30, 2011 and 2010 | 17 |
| Schedule of short-term investments and money market funds at June 30, 2011 | 18 |
| Schedule of obligations of U.S. Government and Federal Agencies at June 30, 2011 | 19 - 20 |
| Schedule of corporate obligations at June 30, 2011 | 21 - 24 |
| Schedule of corporate stocks at June 30, 2011 | 25 - 42 |
| Schedule of investments in mutual and private funds at June 30, 2011 | 43 |
| Schedule of investment in Pasadena Gateway Villas, and Raymond Hill Corporation and Subsidiary at June 30, 2011 | 44 |
| Schedule of real estate owned at June 30, 2011 | 45 - 47 |
| Schedule of transactions or series of transactions in excess of 5% of the current value of plan assets at June 30, 2011 | 48 |

Case 2:12-cv-10506-DDP-JPR Document 82-2 Filed 07/22/13 Page 10 of 125 Page ID #:1984

BERNARD KOTKIN & COMPANY LLP
CERTIFIED PUBLIC ACCOUNTANTS

ANGELO T. NICODEMO, C.P.A.
SALVATORE J. PORTARO, C.P.A.
VINCENT P. ROGERS, C.P.A.

BERNARD KOTKIN, C.P.A. - FOUNDER

533 SOUTH FREMONT AVENUE, SUITE 802
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 892-9090
TELEFAX (213) 892-9099

MEMBERS
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
THE CALIFORNIA SOCIETY
OF CERTIFIED PUBLIC ACCOUNTANTS

## INDEPENDENT AUDITORS' REPORT

Board of Trustees
Operating Engineers Pension Trust
Pasadena, California

We have audited the accompanying statements of net assets available for benefits of OPERATING ENGINEERS PENSION TRUST as of June 30, 2011 and 2010, the related statements of changes in net assets available for benefits for the years then ended, the statement of accumulated plan benefits as of June 30, 2010 and the related statement of changes in accumulated plan benefits for the year then ended. These financial statements are the responsibility of the Trust's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, information regarding Operating Engineers Pension Trust's net assets available for benefits as of June 30, 2011, and changes therein for the year then ended and its financial status as of June 30, 2010, and changes therein for the year then ended in conformity with accounting principles generally accepted in the United States of America.

Our audits were performed for the purpose of forming an opinion on the basic financial statements taken as a whole. The supplemental schedules of net income from commercial real estate rentals, short-term investments and money market funds, obligations of U.S. Government and Federal Agencies, corporate obligations, corporate stocks, mutual and private funds, Pasadena Gateway Villas and Raymond Hill Corporation, real estate owned, and transactions or series of transactions in excess of 5 percent of the current value of plan assets at June 30, 2011, are presented for the purpose of additional analysis and are not a required part of the basic financial statements but are supplementary information required by the Employee Retirement Income Security Act of 1974. These supplemental schedules are the responsibility of the Trust Fund's management. The supplemental schedules have been subjected to the auditing procedures applied in the audits of the basic financial statements and, in our opinion, are fairly stated in all material respects in relation to the basic financial statements taken as a whole.

*Bernard Kotkin's Company LLP*

Certified Public Accountants

Los Angeles, California
November 7, 2011

## OPERATING ENGINEERS PENSION TRUST
## STATEMENTS OF NET ASSETS AVAILABLE FOR BENEFITS
### JUNE 30, 2011 AND 2010

|  | 2011 | 2010 |
|---|---|---|
| **Assets:** | | |
| Funds and investments held under custodian agreement at current value (including securities on loan of $9,115,893 and $38,437,344 at June 30, 2011 and 2010, respectively) (Note 2 and page 16) | $ 1,730,529,954 | $ 1,539,320,510 |
| Cash on hand and in checking accounts | 2,058,881 | 2,156,873 |
| Receivables - | | |
| Contributions from employers (Note 2) | 8,689,897 | 7,545,733 |
| Interest and dividend | 1,276,308 | 1,654,027 |
| Rents, tenant loans and miscellaneous | 5,408,199 | 3,249,495 |
| Collateral held under securities lending agreement (Note 12) | 9,310,214 | 39,668,101 |
| Total receivables | 24,684,618 | 52,117,356 |
| Other assets - | | |
| Deferred lease expense, lease acquisition costs and prepaid expenses - net of accumulated amortization | 1,968,514 | 2,498,451 |
| Tenant and building improvements - net of accumulated amortization of $294,584 in 2011 and $287,917 in 2010 | 156,672 | 163,339 |
| Rental property furnishings and equipment - net of accumulated depreciation of $756,095 in 2011 and $697,876 in 2010 | 529,583 | 581,929 |
| Investment in Operating Engineers Funds, Inc. (Note 9) | 825,041 | 969,288 |
| Total other assets | 3,479,810 | 4,213,007 |
| Total assets | 1,760,753,263 | 1,597,807,746 |
| **Liabilities:** | | |
| Checking accounts - drafts outstanding | - | 49,247 |
| Accounts payable | 3,215,818 | 2,919,904 |
| Accounts payable - Operating Engineers Funds, Inc. | 1,391,075 | 1,373,637 |
| Deferred income, rents and security deposits | 1,864,413 | 2,302,365 |
| Note payable, secured by property located in Fontana, California | 50,000,000 | - |
| Due to broker for securities purchased | 37,001 | 1,839,139 |
| Liability to return collateral held under securities lending agreement (Note 12) | 9,310,214 | 39,668,101 |
| Total liabilities | 65,818,521 | 48,152,393 |
| Net assets available for benefits | $ 1,694,934,742 | $ 1,549,655,353 |

The accompanying notes are an integral part of these financial statements.

- 3 -