## OPERATING ENGINEERS PENSION TRUST

### STATEMENTS OF CHANGES IN NET ASSETS AVAILABLE FOR BENEFITS

### YEARS ENDED JUNE 30, 2011 AND 2010

|  | 2011 | 2010 |
|---|---:|---:|
| **Additions to Plan:** | | |
| Employer payments - | | |
| Contributions from employers, net of refunds | $ 85,840,985 | $ 88,063,809 |
| Interest on delinquent contributions | 13,077 | 43,741 |
| Total employer payments | 85,854,062 | 88,107,550 |
| Investment income - | | |
| Interest and discount earned | 9,715,214 | 8,049,271 |
| Dividend income | 12,822,875 | 14,879,684 |
| Net income from real estate rentals | 21,707,505 | 20,205,864 |
| Net income from operations of Raymond Hill | | |
| Corporation & Subsidiaries | 5,067,225 | 3,417,412 |
| Net income from Limited Partnership | 1,277,158 | 269,087 |
| Net gain on investments sold (Note 6) | 116,088,506 | 29,046,310 |
| Total investment income | 166,678,483 | 75,867,628 |
| Investment expenses - | | |
| Investment advisor and consulting fees | 5,473,222 | 4,507,450 |
| Investment advisory and management - real estate | 2,680,893 | 2,459,702 |
| Service fees and other investment expenses | 1,941,812 | 2,211,283 |
| Interest expense on note payable | 706,167 | - |
| Total investment expenses | 10,802,094 | 9,178,435 |
| Income from investments | 155,876,389 | 66,689,193 |
| Unrealized appreciation in current value | | |
| of investments held (Note 6) | 119,592,415 | 101,447,562 |
| Net income from investments | 275,468,804 | 168,136,755 |
| Other income | 511,747 | 1,063,328 |
| Total additions to Plan | 361,834,613 | 257,307,633 |
| **Deductions from Plan:** | | |
| Pension benefits provided | 207,824,515 | 194,911,146 |
| Administrative services from Operating Engineers | | |
| Funds, Inc. (Note 11) | 8,365,930 | 10,017,980 |
| Plan termination insurance premiums | 364,779 | 397,548 |
| Total deductions from Plan | 216,555,224 | 205,326,674 |
| Net increase to Plan for year | 145,279,389 | 51,980,959 |
| Net assets available for benefits: | | |
| Balance at beginning of year | 1,549,655,353 | 1,497,674,394 |
| Balance at end of year | $ 1,694,934,742 | $ 1,549,655,353 |

The accompanying notes are an integral part of these financial statements.

# OPERATING ENGINEERS PENSION TRUST

## STATEMENT OF ACCUMULATED PLAN BENEFITS

### JUNE 30, 2010

| | |
|---|---:|
| Actuarial present value of accumulated plan benefits: (Note 5) | |
| Vested benefits - | |
|     Participants currently receiving payments | $ 1,540,803,128 |
|     Other vested benefits | 1,146,362,119 |
|     Total vested benefits | 2,687,165,247 |
| Non-vested benefits | 54,280,483 |
| Total actuarial present value of accumulated Plan benefits | $ 2,741,445,730 |

The accompanying notes are an integral part of these financial statements.

## OPERATING ENGINEERS PENSION TRUST

### STATEMENT OF CHANGES IN ACCUMULATED PLAN BENEFITS

#### YEAR ENDED JUNE 30, 2010

| | | |
|---|---:|---:|
| Changes in present value of accumulated plan benefits: | | |
| Actuarial present value of accumulated plan benefits at July 1, 2009 | | $ 2,693,660,363 |
| Increase (decrease) during Plan year attributable to: | | |
| Benefits accumulated, liability gain or loss, changes in data | $ 48,590,251 | |
| Benefits paid | (194,911,146) | |
| Interest | 194,106,262 | |
| Net increase | | 47,785,367 |
| Actuarial present value of accumulated plan benefits at June 30, 2010 (Note 5) | | $ 2,741,445,730 |

The accompanying notes are an integral part of these financial statements.

OPERATING ENGINEERS PENSION TRUST

Notes to Financial Statements

June 30, 2011 and 2010

Note 1: Plan description:
The Operating Engineers Pension Trust ("The Plan") is a pension benefit plan established by I.U.O.E., Local #12 and participating employers through collective bargaining. It is subject to the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

Eligibility and benefits -
A regular pension is payable for life to a retiree who retires at age 62 or over and who has acquired at least six pension credits or worked at least 6,000 hours for which contributions have been made to the Plan (three pension credits or 3,000 hours if accumulated prior to July 1, 1978). In years ending June 30, 2011 and 2010, the monthly amount of a regular pension is $8.00 per year of prior service credit (before June 1, 1960) plus pension credits of up to $58. Other benefits provided include early retirement, service, disability, pro-rata, husband-and-wife pensions, a surviving spouse annuity and death benefits before and after retirement. Effective July 1, 1998, the retirement age for an Early Pension is lowered from age 52 to 45.

In the event an active participant dies before retirement, a lump sum death benefit equal to $250 for each pension credit accumulated by the participant up to a maximum of $2,500 will be paid to his designated beneficiary. However, in no event will the lump sum benefit be less than $1,000. In addition, benefits will be paid in the form of either a husband and wife pension or the guaranteed payments. If a retired participant who is not receiving a husband and wife pension dies before receiving 120 monthly pension payments, the monthly payment will be continued to his spouse until a total of 120 monthly payments have been made.

Vested rights are provided for participants who (a) have at least three pension credits or worked at least 3,000 hours under the Plan prior to July 1, 1978, or (b) has at least six pension credits or worked at least 6,000 hours prior to July 1, 1980, or (c) has at least ten pension credits or worked at least 10,000 hours under the Plan. Effective July 1, 1999, vesting occurs if participant has earned at least 5 years of service, or (d) has attained normal retirement age.

Contributions -
For years ended June 30, 2011 and 2010, contributions were received from employers, generally, at a rate of $5.55 per hour worked by covered employees.

Note 2: Summary of significant accounting policies:
Basis of accounting -
The accompanying financial statements are prepared on the accrual basis of accounting.

Use of estimates -
The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities and changes therein, disclosure of contingent assets and liabilities, and the actuarial present value of accumulated plan benefits at the date of the financial statements. Actual results could differ from these estimates.

Investment Valuation and Income Recognition -
The Plan investments are presented at fair value in the accompanying statements of net assets available for benefits. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 5 for discussion of fair value measurements.

Purchases and sales of securities are recorded on a trade date basis. Interest income is recorded on the accrual basis. Dividend income is recorded on the ex-dividend date. Other investment income is recorded as earned on the accrual basis.

Net gain (loss) on investments consists of the Trust's realized gains or losses, and the unrealized appreciation (depreciation) on investments consist of gains or losses on investments held.

Rental property furnishings and equipment are depreciated from five to seven years, using the straight-line method. Tenant improvements, lease acquisition costs and deferred lease expenses are amortized over the term of the applicable tenant leases.

Contributions receivable -
Contributions receivable represent the total of amounts received subsequent to June 30 for hours worked during June and prior months. The Trust Agreement provides for liquidated damages against employers who are delinquent in filing reports and remitting contributions. However, it is the accounting policy of the trust to record such items as income only as collected.

Subsequent events -
The Plan has evaluated subsequent events through November 7, 2011, the date the financial statements were available to be issued.

Note 3: Funding status:
The Plan's actuary has determined that the Plan is considered to be in critical status. The Plan is required to adopt a rehabilitation plan aimed at restoring the financial health of the plan. Based on reasonable assumptions, the Plan is expected to emerge from critical status by the plan year beginning July 1, 2023. The Trustees recognize the possibility that actual experience could be less favorable than the reasonable assumptions. Therefore, the Trustees are establishing annual standards to reflect possible actuarial losses and still keep the Plan on target to emerge from critical status by the end of the rehabilitation period.

Note 4: Termination:
The Plan is intended to be permanent. However, the Plan provides that in the event of termination, the assets then remaining in the Plan, after providing for any administrative expenses shall be allocated among the retired employees, beneficiaries and participants, in the following order:

(1) Benefits payable as a pension at the beginning of the three-year period ending on the termination date or those benefits that would have been in pay status during that time had the participant chosen to retire. The lowest pension in pay status during the three-year period shall be considered the pension in pay status for such period.

(2) Other benefits (if any) of individuals under the Plan guaranteed under Title IV of ERISA.

(3) All other vested benefits under the Plan.

(4) All other benefits under the Plan.

In addition, certain benefits under the Plan are insured by the Pension Benefit Guaranty Corporation (PBGC) if the Plan terminates. The PBGC guarantees most vested benefits at the level in effect on the termination date, subject to statutory limitations.

Note 5: Actuarial present value of accumulated Plan benefits:
Accumulated Plan benefits are the estimated future periodic payments attributable to pension credits earned by participants through the valuation date of July 1, 2010.

The actuarial present value of accumulated Plan benefits is determined by the Actuaries, The Segal Company, and is that amount that results from applying actuarial assumptions to adjust the accumulated Plan benefits to reflect the time value of money (through discounts for interest) and the probability of payment (by means of decrements such as for death, disability, withdrawal or retirement) between the valuation date and the expected date of payment.

The significant assumptions used in the actuarial valuations as of July 1, 2010 were as follows:

Mortality rates:

| | |
|---|---|
| Healthy: | RP-2000 combined Healthy Blue Collar Mortality Table. |
| Disabled: | RP-2000 Male Disabled Mortality Table. |

Termination rates before retirement:

| | Rate % | | | |
|---|---|---|---|---|
| | Mortality | | Disability | Withdrawal |
| Age | Male | Female | | |
| 20 | 0.03 | 0.02 | 0.09 | 14.19 |
| 25 | 0.04 | 0.02 | 0.13 | 17.14 |
| 30 | 0.07 | 0.03 | 0.17 | 13.58 |
| 35 | 0.11 | 0.05 | 0.22 | 11.02 |
| 40 | 0.14 | 0.09 | 0.33 | 10.35 |
| 45 | 0.18 | 0.14 | 0.54 | 9.47 |
| 50 | 0.24 | 0.20 | 0.91 | 8.90 |
| 55 | 0.42 | 0.28 | 1.51 | 7.82 |
| 60 | 0.83 | 0.49 | 2.44 | 7.84 |

\* Withdrawal rates cut out at early retirement age.

Retirement rates: Achievement Probabilities are as follows:

| Age at entry | Percent retiring |
|---|---|
| 45 - 54 | 1 % |
| 55 - 59 | 3 |
| 60 - 61 | 20 |
| 62 | 50 |
| 63 - 64 | 20 |
| 65 | 50 |
| 66 - 69 | 20 |
| 70 | 100 |

Description of weighted average retirement age: 61, determined as follows: The weighted average retirement age for each participant is calculated as the sum of the product of each potential retirement age times the retirement rate at that age, assuming no other decrements.

Retirement age of inactive vested participants: Age 60 if 30,000 hours for which contributions have been made to the Plan and credit for work in at least 30 plan years; age 62 if 6,000 hours for which contributions have been made to the Plan; otherwise age 65.

Future benefit accruals: 1,800 hours per active employees.

| | |
|---|---|
| Unknown data for participants: | Same as those exhibited by participants with similar known characteristics. If not specified, participants are assumed to be male. |
| Definition of active participants: | Active participants are defined as those with at least 300 hours in the most recent plan year and who have accumulated at least one-half pension credit, excluding those who have retied as of the valuation date. |
| Exclusion of Inactive vesteds: | Inactive participants over age 70 are excluded from the valuation. |
| Reciprocal agreements: | Active life retirement and disabilities costs are loaded by 0.5% to reflect the cost of reciprocal agreements. |
| Percent married: | 75% |
| Age of spouse: | Females 4 years younger than males. |
| Benefit election: | All participants are assumed to elect the 120 months guaranteed payments form of payment. |
| Net investment return: | 7.50% |
| Annual administrative expenses: | $9,000,000, payable monthly, for the year beginning July 1, 2010 (equivalent to $8,656,126 payable at the beginning of the year). |
| Actuarial value of assets: | The market value of assets less unrecognized returns in each of the last three years. Unrecognized return is equal to the difference between the actual market return and the projected return on the market value, and is amortized over a three-year period. The actuarial value is further adjusted, if necessary, to be within 20% of the market value. |
| Actuarial cost method: | Unit credit actuarial cost method. Normal cost and actuarial accrued liability are calculated on an individual basis and are allocated by service. |

Note 6: Investments:
During fiscal years 2011 and 2010 the current value of Plan investments (including investments bought and sold, as well as held, during the year) appreciated (depreciated) as follows:

| | 2011 | 2010 |
|---|---|---|
| Net gain (loss) on investments sold - | | |
| Obligations of United States and Federal agencies | $ 479,964 | $ 623,785 |
| Corporate obligations | 5,181,793 | 3,195,066 |
| Corporate stocks and future contracts | 52,197,716 | 20,261,462 |
| Real estate | - | 1,023,574 |
| Funds invested with registered investment companies | 58,229,033 | 3,942,423 |
| Net gain on investments sold | $ 116,088,506 | $ 29,046,310 |

|  | 2011 | 2010 |
|---|---|---|
| Unrealized appreciation (depreciation) on investments held - | | |
| Investments at current value as determined by quoted market price: | | |
| Obligations of United States and Federal agencies | $( 52,674) | $ 435,072 |
| Corporate obligations | ( 1,185,749) | 7,776,102 |
| Corporate stocks | 79,062,224 | 14,143,207 |
| Funds invested with registered investment companies | ( 22,265,403) | 70,875,047 |
|  | 55,558,398 | 93,229,428 |
| Investments at estimated current value: | | |
| Real estate | $ 39,339,684 | $( 9,304,234) |
| Funds invested with private investment companies | 24,694,333 | 17,522,368 |
|  | 64,034,017 | 8,218,134 |
| Net unrealized appreciation on investments held | $ 119,592,415 | $ 101,447,562 |
| Net appreciation in current value of investments | $ 235,680,921 | $ 130,493,872 |

The fair value of individual investments that represent 5% or more of the Plan's net assets are as follows:

|  | 2011 | 2010 |
|---|---|---|
| PIMCO - All Asset Fund | $ 95,898,391 | $ 80,396,341 |
| Loomis Sayles - Multisector Full Discretion Fund | - | 114,676,936 |

Note 7: Fair value measurement:

Financial Accounting Standards Board (FASB) *Accounting Standards Codification* (ASC) 820, *Fair Value Measurements and Disclosures*, establishes a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (level 1 measurements) and the lowest priority to unobservable inputs (level 3 measurements). The three levels of the fair value hierarchy under FASB ASC 820 are described as follows:

Level 1 - Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the plan has the ability to access.

Level 2 - Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the level 2 input must be observable for substantially the full term of the asset or liability.

Level 3 - Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

The asset or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

Following is a description of the valuation methodologies used for assets at fair value. There have been no changes in the methodologies used to June 30, 2011 and 2010.

*Money Market Portfolio* - valued using amortized cost which approximates fair value.

*Mutual funds* are carried at net asset value of the shares held based on the closing price reported at year end.

*Corporate bonds, obligations of U.S. and other governmental securities and short-term investments* are valued based on a quoted price reported in the active market in which the securities are traded or priced from a matrix.

*Common stocks* are valued based on quoted market prices at year end.

*Private funds*, including group trusts and investment entities, are carried at net asset value of the shares held by the Plan at year end, which are based on the fair value of the underlying securities and bonds. Partnerships and other investments for which observable market prices in active markets do not exist are reported at fair value, as determined in good faith by the general partners.

*Real estate* is carried at fair value as determined by formal appraisals. The properties are appraised utilizing the income approach (the discounted cash flow method), the sales comparison approach (recent sales of comparable real estate), and the cost approach (current cost of reproducing the real estate less deterioration and functional and economic obsolescence),

*The investment in Pasadena Gateway Villas* represents the net advances and income to the operating entity, and excludes the cost of land and building which is shown on the schedule of real estate owned.

*The investment in Raymond Hill Corporation and Subsidiary* represents the book value in the operating entity of Sheraton Grand Hotel, less furniture, fixtures and equipment (FF&E), the net operating assets of Washington Court Hotel and equity in Park Air Express. The investment in land and building of Washington Court Hotel and land, building, and FF&E of Sheraton Grand Hotel is held separately by the Plan, which is shown on the schedule of real estate owned. For year ended December 31, 2010, the financial statements of Sheraton Grand Hotel set forth gross revenues of $11,263,822 and net loss of $1,313,198. Additionally, the Plan received rental income from Washington Court Hotel of $3,447,748.

The preceding methods may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, although the trust believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

The following table sets forth by level, within the fair value hierarchy, the Plan's assets at fair value as of June 30, 2011 and 2010:

Assets at Fair Value as of June 30, 2011

| Investment | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and money market investments | $ 122,149,639 | $ 7,514,140 | $ 114,635,499 | $ - |
| Mutual funds | 306,303,176 | 306,303,176 | - | - |
| U.S. and other government securities | 34,763,679 | - | 34,763,679 | - |
| Corporate obligations | 59,939,194 | - | 59,939,194 | - |
| Corporate stocks | 415,338,492 | 415,338,492 | - | - |
| Private funds | 197,858,828 | - | - | 197,858,828 |
| Investment in Pasadena Gateway Villas, Raymond Hill Corp. & subsidiaries | 6,226,946 | - | - | 6,226,946 |
| Real estate owned | 587,950,000 | - | - | 587,950,000 |
| Total | $ 1,730,529,954 | $ 729,155,808 | $ 209,338,372 | $ 792,035,774 |

The following table sets forth a summary of changes in the fair value of the Plan's Level 3 investments for the year ended June 30, 2011:

| | Total | Private Funds | Investment in Pasadena Gateway Villas, Raymond Hill Corporation | Real Estate Owned |
|---|---|---|---|---|
| Balance, beginning of year | $ 677,379,897 | $ 134,879,402 | $ 3,876,921 | $ 538,623,574 |
| Purchase (sales), net | 50,621,862 | 38,285,095 | 2,350,025 | 9,986,742 |
| Unrealized gains (losses), net | 64,034,015 | 24,694,331 | - | 39,339,684 |
| Balance, end of year | $ 792,035,774 | $ 197,858,828 | $ 6,226,946 | $ 587,950,000 |

Assets at Fair Value as of June 30, 2010

| Investment | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and money market investments | $ 35,266,137 | $ 9,371,343 | $ 25,894,794 | $ - |
| Mutual funds | 329,797,375 | 329,797,375 | - | - |
| U.S. and other government securities | 32,498,097 | - | 32,498,097 | - |
| Corporate obligations | 73,761,776 | - | 73,761,776 | - |
| Corporate stocks | 390,440,802 | 390,440,802 | - | - |
| Private funds | 134,879,402 | - | - | 134,879,402 |
| Real estate loan | 1,200,000 | - | 1,200,000 | - |
| Investment in Pasadena Gateway Villas, Raymond Hill Corp. & subsidiaries | 3,876,921 | - | - | 3,876,921 |
| Real estate owned | 537,600,000 | - | - | 537,600,000 |
| Total | $ 1,539,320,510 | $ 729,609,520 | $ 133,354,667 | $ 676,356,323 |

The following table sets forth a summary of changes in the fair value of the Plan's Level 3 investments for the year ended June 30, 2010:

|  | Total | Private Funds | Investment in Pasadena Gateway Villas, Raymond Hill Corporation | Real Estate Owned |
|---|---|---|---|---|
| Balance, beginning of year | $ 654,862,548 | $ 108,351,024 | $ 3,261,524 | $ 543,250,000 |
| Purchases (sales), net | 11,306,776 | 8,060,719 | 615,397 | 2,630,660 |
| Realized gains (losses), net | 1,968,866 | 945,292 | - | 1,023,574 |
| Unrealized gains (losses), net | 8,218,133 | 17,522,367 | - | ( 9,304,234) |
| Balance, end of year | $ 676,356,323 | $ 134,879,402 | $ 3,876,921 | $ 537,600,000 |

Note 8: Contributions receivable:
Contributions receivable represent the total of amounts received subsequent to June 30 for hours worked during June and prior months. The Trust Agreement provides for liquidated damages against employers who are delinquent in filing reports and remitting contributions. However, the Plan records such items as income only as collected.

Note 9: Investment in Operating Engineers Funds, Inc.:
Investment in management corporation represents the total of operating advances to Operating Engineers Funds, Inc. an affiliate which performs all administrative and operating functions of the Trust.

Note 10: Secured note payable:
In March, 2011, the Fund obtained a loan, secured by Vintage Park East property located in Fontana, California. The terms of the note are as follows:

A note payable of $50,000,000, with an interest rate of 4.46% per annum. Interest only payments of $185,833 per month until the maturity date of April 1, 2018. On the maturity date any outstanding principal will be due.

Note 11: Related party transactions and administrative services:
The Plan enters into various transactions with related Operating Engineer Trust Funds in the normal course of operations.

Administrative services for the Plan are provided by Operating Engineers Funds, Inc. a non-profit organization, established to provide such services to affiliated Operating Engineer Trust Funds at cost. Specific identifiable expenses are charged to the respective Trust, and common administrative expenses are allocated to each Trust on a percentage basis. Office space is leased from the Pension Trust at rates commensurate with that of other tenants.

Note 12: Securities lending:
The Plan participates in securities lending program with JP Morgan Chase, through Amalgamated Bank as investment custodian. Under this program, certain investment securities of the Plan are loaned to investment brokers for a fee. Securities so loaned are fully collateralized by cash and other investments. At June 30, 2011 and 2010, $9,115,893 and $38,437,344 respectively, of the Trust's securities were on loan under the JP Morgan securities lending program. Collateral provided by brokers is maintained at levels of at least 100% of the fair value of the securities on loan and is adjusted for market fluctuations. The Plan maintains effective control of the loaned securities with

JP Morgan Chase through Amalgamated Bank as investment custodian during the term of the arrangement in that they may be recalled by the Plan at any time. Under the terms of the agreement, the borrower must return the same, or substantially the same, investments that were borrowed. The market value of collateral held for loaned securities is reported as collateral received under the securities lending program, and a corresponding obligation is reported for repayment of such collateral upon settlement of the lending transaction. Income from the securities lending program was $90,860 and $77,755 for the years ended June 30, 2011 and 2010, respectively, and is included in interest income in the statement of changes in net assets available for benefits.

Note 13: Commitments:

At June 30, 2011, the Plan had the following funding commitments:

|  | Total Commitment | Outstanding Commitment |
|---|---|---|
| Siguler Guff | $ 30,000,000 | $ 7,200,000 |
| Piper Jaffray - Clean Tech Alliance | 20,000,000 | 13,760,000 |
| TCW Capital Trust | 55,000,000 | - |

Note 14: Tax status:

The Fund established under the plan to hold the Plan's assets is intended to qualify pursuant to Section 401(a) of the Internal Revenue Code. The Fund has obtained a favorable tax determination letter from the Internal Revenue Service, and the plan sponsor believes the Fund, as amended, continues to qualify and to operate in accordance with applicable provisions of the Internal Revenue Code.

Note 15: Risks and uncertainties:

The Plan invests in various investment securities. Investment securities are exposed to various risks such as interest rate, market, and credit risks. Due to the level of risk associated with certain investment securities, it is at least reasonably possible that changes in the values of investment securities will occur in the near term and that such changes could materially affect the amounts reported in the statement of net assets available for benefits.

Plan contributions are made and the actuarial present value of accumulated plan benefits are reported based on certain assumptions pertaining to interest rates, inflation rates and employee demographics, all of which are subject to change. Due to uncertainties inherent in the estimations and assumptions process, it is at least reasonably possible that changes in these estimates and assumptions in the near term would be material to the financial statements.

OPERATING ENGINEERS PENSION TRUST

SCHEDULES OF ASSETS HELD FOR INVESTMENT PURPOSES

JUNE 30, 2011 AND 2010

|  | 2011 | | 2010 | |
|---|---|---|---|---|
|  | Cost | Current value | Cost | Current value |
| Cash | $ 7,514,140 | $ 7,514,140 | $ 9,371,343 | $ 9,371,343 |
| Short term investments & money market funds | 114,635,499 | 114,635,499 | 25,894,794 | 25,894,794 |
| Investments valued at quoted market price: | | | | |
| Obligations of U.S. Government and Federal agencies, (face value - $34,076,064 in 2011 and $31,220,345 in 2010) | 33,923,968 | 34,763,679 | 31,605,713 | 32,498,097 |
| Corporate obligations, (face value - $57,057,260 in 2011 and $71,903,676 in 2010) | 56,623,022 | 59,939,194 | 69,259,856 | 73,761,776 |
| Corporate stocks | 354,598,818 | 415,338,492 | 408,763,353 | 390,440,802 |
| Investments in mutual funds | 277,113,559 | 306,303,176 | 278,342,355 | 329,797,375 |
| Investments at estimated current value: | | | | |
| Investments in private funds | 151,115,548 | 197,858,828 | 112,830,453 | 134,879,402 |
| Real estate loan secured by first trust deed | - | - | 1,200,000 | 1,200,000 |
| Investment in Pasadena Gateway Villas, Raymond Hill Corporation and Subsidiaries | 6,226,946 | 6,226,946 | 3,876,921 | 3,876,921 |
| Real estate owned | 652,758,851 | 587,950,000 | 641,748,534 | 537,600,000 |
| Total | $ 1,654,510,351 | $ 1,730,529,954 | $ 1,582,893,322 | $ 1,539,320,510 |

OPERATING ENGINEERS PENSION TRUST

SCHEDULES OF NET INCOME FROM REAL ESTATE RENTALS

YEARS ENDED JUNE 30, 2011 AND 2010

| | 141 So. Lake | Raymond-Corson | Lake-Corson | Vintage Park East | Las Vegas Mobile Home Parks | Golden Triangle Indust. Park | Esters Road | Columbia Business Center | Pasadena Gateway Villas | 2011 Total | 2010 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rental and miscellaneous income | $ 783,914 | $ 2,720,902 | $ 5,682,334 | $ 10,366,494 | $ 3,756,442 | $ 11,761,838 | $ 2,497,863 | $ 1,752,388 | $ 2,975,755 | $ 42,297,930 | $ 43,908,713 |
| Expenses: | | | | | | | | | | | |
| Administrative salaries and expenses | 18,904 | 203,513 | 343,763 | 18,227 | 495,592 | 30,586 | 83,163 | 7,047 | 364,372 | 1,565,167 | 1,451,849 |
| Provision for bad debts | - | - | 30,942 | 8,333 | - | 14,620 | - | - | 11,958 | 65,853 | 1,021,347 |
| Building engineer | - | 197,648 | - | - | - | - | - | - | - | 197,648 | 197,665 |
| Building maintenance | 192,316 | 163,107 | 718,861 | - | 468,796 | 465,877 | 316,238 | - | 221,633 | 2,546,828 | 2,361,436 |
| Consulting and professional fees | 2,340 | 14,362 | 7,805 | 3,403 | 97 | 11,261 | 5,739 | 653 | 1,198 | 46,858 | 58,897 |
| General building and leasing expense | 38,309 | 488,996 | 535,919 | 327,173 | 466,790 | 658,853 | 117,516 | 186,319 | 460,367 | 3,280,242 | 3,292,363 |
| Insurance | 12,947 | 259,458 | 136,779 | 505,916 | 228,184 | 136,952 | 14,050 | 132,796 | 260,286 | 1,687,368 | 1,878,101 |
| Management fees | 20,316 | - | 153,698 | 197,424 | 111,614 | 245,563 | 64,008 | 44,208 | 88,607 | 925,438 | 904,208 |
| Repairs | 23,350 | 38,656 | 39,399 | 136,442 | 38,179 | 300,793 | 113,855 | 32,385 | 34,719 | 757,778 | 712,758 |
| Supplies | 5,854 | 18,205 | 43,531 | - | 72,885 | 17,444 | - | - | 19,310 | 177,229 | 148,978 |
| Taxes and licenses | 68,957 | 329,782 | 671,838 | 1,389,794 | 360,728 | 1,481,526 | 321,648 | 487,286 | 437,971 | 5,549,530 | 6,169,890 |
| Utilities | 100,669 | 323,431 | 596,427 | 170,106 | 296,319 | 403,933 | 242,870 | 100,258 | 185,195 | 2,419,208 | 2,334,229 |
| Total operating expenses | 483,962 | 2,037,158 | 3,278,962 | 2,756,818 | 2,539,184 | 3,767,408 | 1,279,087 | 990,952 | 2,085,616 | 19,219,147 | 20,531,721 |
| Net operating income | 299,952 | 683,744 | 2,403,372 | 7,609,676 | 1,217,258 | 7,994,430 | 1,218,776 | 761,436 | 890,139 | 23,078,783 | 23,376,992 |
| Non-operating expenses | | | | | | | | | | | |
| Amortization of lease commissions | - | 28,207 | 105,605 | 44,274 | - | 84,129 | - | - | - | 262,215 | 66,046 |
| Depreciation | - | 26,030 | 15,620 | 6,667 | 26,294 | 4,977 | 31,974 | - | 4,894 | 116,456 | 348,867 |
| Total non-operating expenses | - | 54,237 | 121,225 | 50,941 | 26,294 | 89,106 | 31,974 | - | 4,894 | 378,671 | 414,913 |
| Net income | $ 299,952 | $ 629,507 | $ 2,282,147 | $ 7,558,735 | $ 1,190,964 | $ 7,905,324 | $ 1,186,802 | $ 761,436 | $ 885,245 | 22,700,112 | 22,962,079 |
| Net loss from other properties Dos Vientos Ranch, Thousand Oaks | | | | | | | | | | (992,607) | (2,756,215) |
| | | | | | | | | | | $ 21,707,505 | $ 20,205,864 |

- 17 -

# OPERATING ENGINEERS PENSION TRUST

## SCHEDULE H - PART IV(4)(i) - SCHEDULE OF REPORTABLE TRANSACTIONS

### SCHEDULE OF TRANSACTIONS OR SERIES OF TRANSACTIONS IN EXCESS OF 5% OF THE CURRENT VALUE OF PLAN ASSETS

JUNE 30, 2011

| (a) Identity of party involved | (b) Description of asset (include) interest rate and maturity in case of a loan | (c) Purchase price | (d) Selling price | (e) Lease rental | (f) Expense incurred with transaction | (g) Cost of asset | (h) Current value of asset on transaction date | (i) Net gain or loss |
|---|---|---|---|---|---|---|---|---|
| Amalgamated Trust Company | Dreyfus Gov't Cash Mgmt Fund 986 purchases (639) sales | $ 522,708,732 - | $ - 433,968,028 | $ - - | $ - - | $ 522,708,732 433,968,028 | $ 522,708,722 433,968,028 | $ - - |
| Pacific Investment Management Co. | Pimco All Asset Institutional Fund 10 purchases (6) sales | 144,764,173 - | - 134,750,000 | - - | - - | 144,764,173 127,660,959 | 144,764,173 - | - 7,089,041 |

| SCHEDULE MB (Form 5500) Department of the Treasury Internal Revenue Service Department of Labor Employee Benefits Security Administration Pension Benefit Guaranty Corporation | Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6059 of the Internal Revenue Code (the Code). ▶ File as an attachment to Form 5500 or 5500-SF. | OMB No. 1210-0110 **2010** This Form is Open to Public Inspection |
|---|---|---|

For calendar plan year 2010 or fiscal plan year beginning  07/01/2010  and ending  06/30/2011

▶ Round off amounts to nearest dollar.
▶ Caution: A penalty of $1,000 will be assessed for late filing of this report unless reasonable cause is established.

| A | Name of plan | B | Three-digit plan number (PN) ▶ | 001 |
|---|---|---|---|---|
|   | OPERATING ENGINEERS PENSION TRUST |   |   |   |

| C | Plan sponsor's name as shown on line 2a of Form 5500 or 5500-SF | D | Employer Identification Number (EIN) |
|---|---|---|---|
|   | JOINT BOARD OF TRUSTEES, OPERATING ENGINEERS PENSI |   | 95-6032478 |

E Type of plan:  (1) [X] Multiemployer Defined Benefit  (2) [ ] Money Purchase (see instructions)

1a  Enter the valuation date:  Month  07  Day  01  Year  2010
 b  Assets

|   |   |   |   |
|---|---|---|---|
| (1) | Current value of assets | 1b(1) | 1549655353 |
| (2) | Actuarial value of assets for funding standard account | 1b(2) | 1988590669 |
| c (1) | Accrued liability for plan using immediate gain methods | 1c(1) | 2741445730 |
| (2) | Information for plans using spread gain methods: |   |   |
|   | (a) Unfunded liability for methods with bases | 1c(2)(a) |   |
|   | (b) Accrued liability under entry age normal method | 1c(2)(b) |   |
|   | (c) Normal cost under entry age normal method | 1c(2)(c) |   |
| (3) | Accrued liability under unit credit cost method | 1c(3) | 2741445730 |
| d | Information on current liabilities of the plan: |   |   |
| (1) | Amount excluded from current liability attributable to pre-participation service (see instructions) | 1d(1) |   |
| (2) | "RPA '94" information : |   |   |
|   | (a) Current liability | 1d(2)(a) | 4099307130 |
|   | (b) Expected increase in current liability due to benefits accruing during the plan year | 1d(2)(b) | 86294685 |
|   | (c) Expected release from "RPA '94" current liability for the plan year | 1d(2)(c) | 211086464 |
| (3) | Expected plan disbursements for the plan year | 1d(3) | 220086464 |

**Statement by Enrolled Actuary**
To the best of my knowledge, the information supplied in this schedule and accompanying schedules, statements and attachments, if any, is complete and accurate Each prescribed assumption was applied in accordance with applicable law and regulations. In my opinion, each other assumption is reasonable (taking into account the experience of the plan and reasonable expectations) and such other assumptions, in combination, offer my best estimate of anticipated experience under the plan

| SIGN HERE | TAMMY F. DIXON  *(signature)* |   | 04/03/2012 |
|---|---|---|---|
|   | Signature of actuary |   | Date |
| TAMMY F. DIXON |   |   | 1104736 |
|   | Type or print name of actuary |   | Most recent enrollment number |
| THE SEGAL COMPANY |   |   | 818-956-6700 |
|   | Firm name |   | Telephone number (including area code) |
| 330 N. BRAND BLVD., SUITE 1100 |   |   |   |
| GLENDALE    CA    91203-2337 |   |   |   |
|   | Address of the firm |   |   |

If the actuary has not fully reflected any regulation or ruling promulgated under the statute in completing this schedule, check the box and see instructions  [ ]

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500 or Form 5500-SF.    Schedule MB (Form 5500) 2010
v.092308.1

Schedule MB (Form 5500) 2010 Page 2-

**2** Operational information as of beginning of this plan year:

| | | |
|---|---|---|
| a  Current value of the assets (see instructions) | 2a | 1549655353 |

| b  "RPA '94" current liability/participant count breakdown: | (1) Number of participants | (2) Current liability |
|---|---|---|
| (1) For retired participants and beneficiaries receiving payment | 15467 | 2068190778 |
| (2) For terminated vested participants | 6441 | 565970592 |
| (3) For active participants: | | |
| (a) Non-vested benefits | | 133312882 |
| (b) Vested benefits | | 1331832878 |
| (c) Total active | 10363 | 1465145760 |
| (4) Total | 32271 | 4099307130 |

| | | |
|---|---|---|
| c  If the percentage resulting from dividing line 2a by line 2b(4), column (2), is less than 70%, enter such percentage | 2c | 37.80% |

**3** Contributions made to the plan for the plan year by employer(s) and employees:

| (a) Date (MM-DD-YYYY) | (b) Amount paid by employer(s) | (c) Amount paid by employees | (a) Date (MM-DD-YYYY) | (b) Amount paid by employer(s) | (c) Amount paid by employees |
|---|---|---|---|---|---|
| | 85854062 | | | | |
| | | | Totals ▶ 3(b) | 85854062 3(c) | 0 |

**4** Information on plan status:

| | | |
|---|---|---|
| a  Enter code to indicate plan's status (see instructions for attachment of supporting evidence of plan's status). If code is "N," go to item 5 | 4a | C |
| b  Funded percentage for monitoring plan's status (line 1b(2) divided by line 1c(3)) | 4b | 72.5% |
| c  Is the plan making the scheduled progress with any applicable funding improvement or rehabilitation plan? | | ☐ Yes ☐ No |
| d  If the plan is in critical status, were any adjustable benefits reduced? | | ☐ Yes ☒ No |
| e  If line d is "Yes," enter the reduction in liability resulting from the reduction in adjustable benefits, measured as of the valuation date | 4e | |

**5** Actuarial cost method used as the basis for this plan year's funding standard account computations (check all that apply):

a ☐ Attained age normal  b ☐ Entry age normal  c ☒ Accrued benefit (unit credit)  d ☐ Aggregate
e ☐ Frozen initial liability  f ☐ Individual level premium  g ☐ Individual aggregate  h ☐ Shortfall
i ☐ Reorganization  j ☐ Other (specify):

| | | |
|---|---|---|
| k  If box h is checked, enter period of use of shortfall method | 5k | |
| l  Has a change been made in funding method for this plan year? | | ☐ Yes ☒ No |
| m  If line l is "Yes," was the change made pursuant to Revenue Procedure 2000-40? | | ☐ Yes ☐ No |
| n  If line l is "Yes," and line m is "No," enter the date (MM-DD-YYYY) of the ruling letter (individual or class) approving the change in funding method | 5n | |

Schedule MB (Form 5500) 2010                                                                 Page 3-

**6** Checklist of certain actuarial assumptions:

| | | | | |
|---|---|---|---|---|
| a Interest rate for "RPA '94" current liability...................... | | | 6a | 4.58% |

| | | Pre-retirement | Post-retirement |
|---|---|---|---|
| b Rates specified in insurance or annuity contracts ................. | | ☐ Yes  ☐ No  ☒ N/A | ☐ Yes  ☐ No  ☒ N/A |
| c Mortality table code for valuation purposes: | | | |
| (1) Males........................................................... | 6c(1) | A | A |
| (2) Females........................................................ | 6c(2) | A | A |
| d Valuation liability interest rate ........................................ | 6d | 7.50% | 7.50% |
| e Expense loading ............................................................. | 6e | 18.5% | % |
| f Salary scale .................................................................... | 6f | % | |
| g Estimated investment return on actuarial value of assets for year ending on the valuation date..................... | 6g | | 8.4% |
| h Estimated investment return on current value of assets for year ending on the valuation date ...................... | 6h | | 11.8% |

**7** New amortization bases established in the current plan year:

| (1) Type of base | (2) Initial balance | (3) Amortization Charge/Credit |
|---|---|---|
| 1 | 148038716 | 13508318 |
| 1 | -175954476 | -14142681 |
| | | |
| | | |
| | | |
| | | |

**8** Miscellaneous information:

| | | |
|---|---|---|
| a If a waiver of a funding deficiency has been approved for this plan year, enter the date (MM-DD-YYYY) of the ruling letter granting the approval ....................................................... | 8a | |
| b Is the plan required to provide a Schedule of Active Participant Data? (See the instructions.) If "Yes," attach schedule. | | ☒ Yes  ☐ No |
| c Are any of the plan's amortization bases operating under an extension of time under section 412(e) (as in effect prior to 2008) or section 431(d)(1) of the Code? ................................ | | ☒ Yes  ☐ No |
| d If line c is "Yes," provide the following additional information: | | |
| (1) Was an extension granted automatic approval under section 431(d) of the Code?........................... | | ☒ Yes  ☐ No |
| (2) If line (1) is "Yes," enter the number of years by which the amortization period was extended........... | 8d(2) | 5 |
| (3) Was an extension approved by the Internal Revenue Service under section 412(e) (as in effect prior to 2008) or 431(d)(2) of the Code?............ | | ☐ Yes  ☒ No |
| (4) If line (3) is "Yes," enter number of years by which the amortization period was extended (not including the number of years in line (2)).............. | 8d(4) | |
| (5) If line (3) is "Yes," enter the date of the ruling letter approving the extension............. | 8d(5) | |
| (6) If line (3) is "Yes," is the amortization base eligible for amortization using interest rates applicable under section 6621(b) of the Code for years beginning after 2007?............ | | ☐ Yes  ☐ No |
| e If box 5h is checked or line 8c is "Yes," enter the difference between the minimum required contribution for the year and the minimum that would have been required without using the shortfall method or extending the amortization base(s)................ | 8e | 0 |

Schedule MB (Form 5500) 2010 — Page 4

**9** Funding standard account statement for this plan year:

Charges to funding standard account:

| | | | | |
|---|---|---|---|---|
| a | Prior year funding deficiency, if any | | 9a | 0 |
| b | Employer's normal cost for plan year as of valuation date | | 9b | 55530135 |
| c | Amortization charges as of valuation date: | | Outstanding balance | |
| | (1) All bases except funding waivers and certain bases for which the amortization period has been extended | 9c(1) | 1968833353 | 189169628 |
| | (2) Funding waivers | 9c(2) | 0 | 0 |
| | (3) Certain bases for which the amortization period has been extended | 9c(3) | 0 | 0 |
| d | Interest as applicable on lines 9a, 9b, and 9c | | 9d | 18352482 |
| e | Total charges. Add lines 9a through 9d | | 9e | 263052245 |

Credits to funding standard account:

| | | | | |
|---|---|---|---|---|
| f | Prior year credit balance, if any | | 9f | 358523603 |
| g | Employer contributions. Total from column (b) of line 3 | | 9g | 85854062 |
| | | | Outstanding balance | |
| h | Amortization credits as of valuation date | 9h | 857454689 | 109087149 |
| i | Interest as applicable to end of plan year on lines 9f, 9g, and 9h | | 9i | 37753745 |
| j | Full funding limitation (FFL) and credits: | | | |
| | (1) ERISA FFL (accrued liability FFL) | 9j(1) | 1726282424 | |
| | (2) "RPA '94" override (90% current liability FFL) | 9j(2) | 1836113508 | |
| | (3) FFL credit | | 9j(3) | 0 |
| k | (1) Waived funding deficiency | | 9k(1) | 0 |
| | (2) Other credits | | 9k(2) | 0 |
| l | Total credits. Add lines 9f through 9i, 9j(3), 9k(1), and 9k(2) | | 9l | 591218559 |
| m | Credit balance: If line 9l is greater than line 9e, enter the difference | | 9m | 328166314 |
| n | Funding deficiency: If line 9e is greater than 9l, enter the difference | | 9n | |
| o | Current year's accumulated reconciliation account: | | | |
| | (1) Due to waived funding deficiency accumulated prior to the 2010 plan year | | 9o(1) | 0 |
| | (2) Due to amortization bases extended and amortized using the interest rate under section 6621(b) of the Code: | | | |
| | (a) Reconciliation outstanding balance as of valuation date | | 9o(2)(a) | 0 |
| | (b) Reconciliation amount (line 9c(3) balance minus line 9o(2)(a)) | | 9o(2)(b) | 0 |
| | (3) Total as of valuation date | | 9o(3) | 0 |
| **10** | Contribution necessary to avoid an accumulated funding deficiency. (See instructions.) | | 10 | |
| **11** | Has a change been made in the actuarial assumptions for the current plan year? If "Yes," see instructions. | | | ☒ Yes ☐ No |