H. Scott Leviant, State Bar No. 200834
   scott@spiromoore.com
J. Mark Moore, State Bar No. 180473
   mark@spiromoore.com
**SPIRO MOORE LLP**
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683
Telephone:  (310) 235-2468
Facsimile:   (310) 235-2456

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al.,<br><br>           Plaintiffs,<br><br>      vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>           Defendants. | Case No.: 12-cv-10506 DDP (xVBK)<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND VARIOUS DEFENDANTS REGARDING PLAINTIFFS' INTENDED SECOND AMENDED COMPLAINT AND SETTING ALL DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

**[PROPOSED] ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND VARIOUS DEFENDANTS REGARDING PLAINTIFFS' INTENDED THIRD AMENDED COMPLAINT**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

The Court has received and reviewed the Stipulation entered into by and between all Plaintiffs and various Defendants, including International Union of Operating Engineers ("IUOE"), members of the IUOE General Executive Board, employer-side trustees (Michael Crawford, Paul Von Berg, Bruce Cooksey, Mike Gomez, Jim Hulse and Mike Prlish, who are represented by Atkinson, Andelson, Loya, Rudd & Romo, C.W. Poss, who is represented by Hill, Farrer & Burrill LLP, and Don Bourguignon, who is represented by Cadden and Fuller LLP), and various union-side trustees, for the stated purpose of efficiently managing this litigation involving numerous parties and complex issues.  GOOD CAUSE APPEARING, it is hereby ORDERED that:

A. Plaintiffs shall file a Third Amended Complaint on or before September 23, 2013.  While no new Claims for Relief shall be added to the Third Amended Complaint, Plaintiffs may correct, expand upon, and/or add to the substantive allegations underlying the currently existing Claims for Relief, and shall retain the right to seek leave of Court to add any additional Claims for Relief that future discoveries might reveal.

B. The stipulating Defendants shall have to, through and including November 25, 2013 to file any responsive pleading to the Third Amended Complaint.  Plaintiffs shall have to, through and including December 20, 2013 to file oppositions to any motions to dismiss filed as responsive pleadings.  Any replies thereto shall be filed no later than January 20, 2014.  The hearing of any motion to dismiss the Third Amended Complaint shall be on February 10, 2014, at 10:00 a.m.

C. Any currently unserved party shall have the later of the response time set by local rule or November 25, 2013 in which to respond to the Third Amended Complaint.

**[PROPOSED] ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND VARIOUS DEFENDANTS REGARDING PLAINTIFFS' INTENDED THIRD AMENDED COMPLAINT**

D. The schedule of events proposed in this stipulation shall also apply to any defendants that have been served but have not yet appeared through counsel in this matter.

E. This extension of time to respond is without prejudice to further requests by a party to adjust the response deadline or further stipulations by the parties to set a unified response date for all parties.

IT IS SO ORDERED.

Dated: September 03, 2013

_____
Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND VARIOUS DEFENDANTS REGARDING PLAINTIFFS' INTENDED THIRD AMENDED COMPLAINT**