H. Scott Leviant, State Bar No. 200834
scott@spiromoore.com
SPIRO MOORE LLP
11377 W. Olympic Blvd., 5th Floor
Los Angeles, California 90064-1683

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Salas, et al.<br><br>PLAINTIFF(S)<br>v.<br>INTERNATIONAL UNION OF OPERATING ENGINEERS, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>12-cv-10506 DDP (VBKx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

THIRD AMENDED CLASS ACTION COMPLAINT (FILED PURSUANT TO ORDER ISSUED SEPTEMBER 3, 2013, DOCKET NO. 87) with DEMAND FOR JURY TRIAL

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other   THIRD AMENDED CLASS ACTION COMPLAINT (FILED PURSUANT TO ORDER ISSUED SEPTEMBER 3, 2013, DOCKET NO. 87)

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated  Sept. 3, 2013 (Doc. # 87)

☑ Manual Filing required ( *reason* ):
CLAIM INITIATING DOCUMENT PURSUANT TO RULE 3-2

| | |
|---|---|
| September 20, 2013<br>Date | H. Scott Leviant<br>Attorney Name<br>Plaintiffs<br>Party Represented |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).