1  J. Mark Moore, State Bar No. 180473
       jmm@mllawyers.net
2  H. Scott Leviant, State Bar No. 200834
       hsl@mllawyers.net
3  **MOORE & LEVIANT LLP**
   20700 Ventura Blvd., Suite 140
4  Woodland Hills, CA 91364
   Telephone: (877) 360-7020
5  Facsimile:  (310) 870-7020

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARIO SALAS, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>        Defendants. | Case No.: CV 12-10506 DDP (VBKx)<br><br>CLASS ACTION<br><br>**ORDER REGARDING STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS WILLIAM WAGGONER, MICKEY J. ADAMS, LARRY DAVISON, DAN HAWN AND RON SIKORSKI REGARDING THE THIRD CLAIM FOR RELIEF IN THE THIRD AMENDED COMPLAINT** |
|---|---|

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2  The Court has received and reviewed the Stipulation entered into by and
3  between all Plaintiffs and Defendants William Waggoner, Mickey J. Adams, Larry
4  Davison (erroneously named as "Larry Davidson" in the Third Amended
5  Complaint), Dan Hawn, and Ron Sikorski regarding the Third Claim for Relief in
6  the Third Amended Complaint.  GOOD CAUSE APPEARING, it is hereby
7  ORDERED that:

8      A. Defendants William Waggoner, Mickey J. Adams, Larry Davison, Dan
9         Hawn, and Ron Sikorski are dismissed without prejudice from the Third
10        Claim for Relief, to the extent they are named for violations of Title V of
11        the LMRDA, 29 U.S.C. § 501, *et seq*.
12     B. Defendants William Waggoner, Mickey J. Adams, Larry Davison, Dan
13        Hawn, and Ron Sikorski are not dismissed from the Third Claim for
14        Relief, to the extent they are named for violations of Title I or II of the
15        LMRDA, 29 U.S.C. § 501, *et seq*.

17  IT IS SO ORDERED.

19  Dated: October 28, 2013

                               Hon. Dean D. Pregerson
                              UNITED STATES DISTRICT JUDGE