Manatt, Phelps & Phillips, LLP
ANDREW H. STRUVE (Bar No. CA 200803)
E-mail: astruve@manatt.com
KRISTIN S ESCALANTE
E-mail: KEscalante@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
INVESCO ADVISORS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS et al.,<br><br>  Plaintiff,<br><br>  vs.<br><br>INVESCO ADVISORS, INC.,<br><br>  Defendant. | No.: 12-cv-10506 DDP (xVBK)<br><br>CLASS ACTION<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

This stipulation of dismissal is entered into between the undersigned counsel for Plaintiffs and defendant Invesco Advisors, Inc. ("Invesco") (each individual a "Party" and collectively, the "Parties"), who state as follows:

WHEREAS, Invesco is named as a defendant in the Third Amended Complaint (the "TAC");

WHEREAS, the Parties agree that all claims asserted against Invesco in the TAC shall be dismissed without prejudice, and with each Party to bear its own costs and fees;

WHEREAS, no Party, or its respective counsel, requested or received any financial consideration in connection with this stipulated dismissal;

THEREFORE, the Parties hereby stipulate and agree that all claims for relief asserted against Invesco in the TAC shall be dismissed without prejudice, with each Party to bear its own costs and fees.

Dated: November 4, 2013

/s/ H. Scott Leviant
───────────────────────
J. Mark Moore
H. Scott Leviant
Moore & Leviant LLP
20700 Ventura Blvd, Suite 140
Woodland Hills, CA 91364
(877) 360-7020

*Counsel for Plaintiffs*

Dated: November 4, 2013

/s/ Andrew H. Struve
───────────────────────
Andrew H. Struve
Kristen Escalante
Manatt, Phelps and Phillips LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
(310) 312-4224

*Counsel for Invesco Advisors*