NO JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> INVESCO ADVISORS, INC,, <br><br> Defendant. | Case No.: CV 12-10506 DDP (VBKx) <br><br> CLASS ACTION <br><br> **ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFFS AND INVESCO ADVISORS, INC.** |

The Court has received and reviewed the Stipulation entered into by and between all Plaintiffs and defendant Invesco Advisors, Inc. ("Invesco"). GOOD CAUSE APPEARING, it is hereby ORDERED that all claims asserted against Invesco in the Third Amended Complaint are dismissed without prejudice, with each Party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: November 05, 2013

Honorable Dean D. Pregerson
United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFFS AND INVESCO ADVISORS, INC.