1   J. Mark Moore, State Bar No. 180473
    jmm@mllawyers.net
2   H. Scott Leviant, State Bar No. 200834
    hsl@mllawyers.net
3   **MOORE & LEVIANT LLP**
  20700 Ventura Blvd., Suite 140
4   Woodland Hills, CA 91364
  Telephone:  (877) 360-7020
5   Facsimile:   (310) 870-7020

6   Jeffrey K. Berns (SBN 131351)
    jberns@law111.com
7   Lee Weiss (*pro hac vice*)
    lweiss@bernsweiss.com
8   Albert G. Lum (SBN 259053)
    alum@law111.com
9   **BERNS WEISS LLP**
  20700 Ventura Blvd. Suite 140
10  Woodland Hills, CA 91364
  Telephone: (818) 961-2000
11  Facsimile: (818) 999-1500

12  Attorneys for Plaintiffs

13

14               UNITED STATES DISTRICT COURT

15               CENTRAL DISTRICT OF CALIFORNIA

16

17  MARIO SALAS, et al.,            | Case No.: 12-cv-10506 DDP (VBKx)

18         Plaintiffs,

19      vs.             | CLASS ACTION

20  INTERNATIONAL UNION OF
  OPERATING ENGINEERS, a trade
21  union, et al.,                  | **STIPULATION TO DISMISS WITHOUT PREJUDICE FROM THE SECOND, THIRD, SIXTH, SEVENTH, EIGHTH AND NINTH CLAIMS FOR RELIEF IN THE THIRD AMENDED COMPLAINT VARIOUS LOCAL 12-AFFILIATED DEFENDANTS**

22         Defendants.

23

24

25

26

27

28

**STIP. TO DISMISS WITHOUT PREJUDICE FROM THE SECOND, THIRD, SIXTH SEVENTH, EIGHTH AND NINTH CLAIMS IN THE THIRD AMENDED COMPLAINT VARIOUS LOCAL 12-AFFILIATED DEFENDANTS**

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

This Stipulation is entered into by and between all Plaintiffs and Defendants William Waggoner, Patty Waggoner, Kenneth Waggoner, Ron Sikorski, Mickey Adams, Dan Hawn, Larry Davison (erroneously named as Larry Davidson), Bert Tolbert, Dan Billy, and Operating Engineers Funds, Inc. ("the Stipulating Local 12-Affiliated Defendants"). The Stipulation is entered into based upon the following facts:

    A. The Third Amended Complaint ("TAC") in this matter was filed on September 23, 2013.

    B. Some or all of the Stipulating Local 12-Affiliated Defendants were named as defendants in the TAC's Second Claim for Relief (18 U.S.C. § 1962(d)), Third Claim for Relief (Title I and II of the LMRDA [a Title V Claim was previously separately dismissed without prejudice by stipulation after identification of a procedural infirmity existing at the time]), Sixth Claim for Relief (Labor Code §§ 221 and 2802), Seventh Claim for Relief (Negligence and Negligent Supervision), Eighth Claim for Relief (Violations of California Business & Professions Code § 17200, et. seq.) and Ninth Claim for Relief (Aiding and Abetting) Claims for Relief.

    C. Plaintiffs have agreed to dismiss the Stipulating Local 12-Affiliated Defendants, or some of them, as set forth below, *without prejudice* from the Second, Third, Sixth Seventh, Eighth and Ninth Claims for Relief.

Therefore, Plaintiffs and the Stipulating Local 12-Affiliated Defendants jointly apply to the Court for an Order pursuant to Fed.R.Civ.P. 15(a) and stipulate as follows:

    1. Plaintiffs shall dismiss Defendants William Waggoner, Patty Waggoner, Ron Sikorski, Mickey Adams, Dan Hawn, Larry Davison (erroneously

named as Larry Davidson), and Bert Tolbert *without prejudice* from the TAC's Second Claim for Relief (18 U.S.C. § 1962(d)); as a result, that claim is now dismissed (without prejudice) in its entirety, as these defendants were the only defendants named in that claim in the TAC.

2.  Plaintiffs shall dismiss Defendants William Waggoner, Ron Sikorski, Mickey Adams, Dan Hawn and Larry Davison (erroneously named as Larry Davidson) without prejudice from the TAC's Third Claim for Relief (Title I and II of the LMRDA [a Title V Claim under the LMRDA, a Claim distinct from Claims arising under Title I and II of the LMRDA, was previously separately dismissed without prejudice by stipulation after identification a of procedural infirmity existing at the time]);  as a result, that claim is now dismissed (without prejudice) in its entirety, as the defendants being dismissed by this stipulation were the only defendants named in that claim in the TAC.   However, Plaintiffs reserve their right to seek leave of Court to pursue a Title V Claim and then to amend to allege such a Title V Claim if the Court concludes that the procedural prerequisite to adding that Claim against any party is satisfied, and the Stipulating Local 12-Affiliated Defendants reserve all rights to oppose any such request.

3.  Plaintiffs shall dismiss Defendants William Waggoner, Ron Sikorski, Mickey Adams, Dan Hawn, Larry Davison (erroneously named as Larry Davidson), and Operating Engineers Funds, Inc. without prejudice from the TAC's Sixth Claim for Relief (Labor Code §§ 221 and 2802), which results in the dismissal without prejudice of the Sixth Claim for Relief in its entirety.

4.  Plaintiffs shall dismiss Defendants Bert Tolbert, Mickey J. Adams, Ron Sikorski, Dan Hawn, Larry Davison (erroneously named as Larry Davidson), and Operating Engineers Funds, Inc. without prejudice from

**STIP. TO DISMISS WITHOUT PREJUDICE FROM THE SECOND, THIRD, SIXTH SEVENTH, EIGHTH AND NINTH CLAIMS IN THE THIRD AMENDED COMPLAINT VARIOUS LOCAL 12-AFFILIATED DEFENDANTS**

1  the TAC's Seventh Claim for Relief (Negligence and Negligent
2  Supervision).

3  5. Plaintiffs shall dismiss Defendants Dan Billy, Bert Tolbert and Operating
4  Engineers Funds, Inc. without prejudice from the TAC's Eighth Claim for
5  Relief (Violations of California Business & Professions Code § 17200, et.
6  seq.).

7  6. Plaintiffs shall dismiss Defendants William Waggoner, Patty Waggoner,
8  Kenneth Waggoner, Ron Sikorski, Mickey Adams, Dan Hawn, Larry
9  Davison (erroneously named as Larry Davidson), Bert Tolbert, Dan Billy
10  and Operating Engineers Funds, Inc. without prejudice from the TAC's
11  stand-alone Ninth Claim for Relief for Aiding and Abetting; however,
12  Plaintiffs reserve their right to pursue aiding and abetting-based liability
13  in connection with any state law claims which recognize aiding and
14  abetting as a basis for liability.

**STIP. TO DISMISS WITHOUT PREJUDICE FROM THE SECOND, THIRD, SIXTH SEVENTH, EIGHTH AND
NINTH CLAIMS IN THE THIRD AMENDED COMPLAINT VARIOUS LOCAL 12-AFFILIATED DEFENDANTS**

1    7.  The parties to this Stipulation shall bear their own fees and costs for all

2         Claims dismissed pursuant to this Stipulation.

3

4                                        Respectfully submitted

5    Dated: December 18, 2013            MOORE & LEVIANT LLP

6
                                         By: /s/ H. Scott Leviant
7                                            J. Mark Moore
                                             H. Scott Leviant
8
                                             BERNS WEISS LLP
9                                            Jeffrey K. Berns
                                             Lee Weiss
10                                           Albert G. Lum

11                                       Attorneys for Plaintiffs

12

13   Dated: December 18, 2013            POSNER & ROSEN  LLP

14
                                         By: Howard Z. Rosen
15                                           Howard Z. Rosen
                                             Jason C. Marsili
16                                           Brianna M. Primozic

17                                       Attorneys for Defendants William
                                         Waggoner, Mickey J. Adams, Dan
18                                       Billy, Larry Davison, Dan Hawn, Ron
                                         Sikorski, Bert Tolbert, Patricia M.
19                                       Waggoner, Kenneth Waggoner, and
                                         Operating Engineers Funds, Inc.
20

21

22

23

24

25

26

27

28

**STIP. TO DISMISS WITHOUT PREJUDICE FROM THE SECOND, THIRD, SIXTH SEVENTH, EIGHTH AND NINTH CLAIMS IN THE THIRD AMENDED COMPLAINT VARIOUS LOCAL 12-AFFILIATED DEFENDANTS**