J. Mark Moore, (SBN 180473)
  jmm@mllawyers.net
H. Scott Leviant (SBN 200834)
  hsl@mllawyers.net
Linh Hua (SBN 247419)
  lh@mllawyers.net
**MOORE & LEVIANT LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone:  (877) 360-7020
Facsimile:   (310) 870-7020

Jeffrey K. Berns (SBN 131351)
  jberns@law111.com
Albert G. Lum (SBN 259053)
  alum@law111.com
**BERNS WEISS LLP**
20700 Ventura Blvd. Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (SBN 297834)
  lweiss@bernsweiss.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>　　　　Defendants. | Case No.: 12-cv-10506 DDP (VBKx)<br><br>CLASS ACTION<br><br>**JOINT REQUEST FOR RULINGS ON SUBMITTED MOTIONS TO DISMISS PURSUANT TO LOCAL RULE 83-9** |

1  **TO THE HONORABLE COURT:**

2  Under Local Rule 83-9.2, when a matter has been submitted for more than 120 days counsel are required to submit a joint request to the Court for a decision without further delay. More than 120 days has elapsed since this Court took under submission Defendants' Motions to Dismiss certain of the claims in Plaintiffs' Fourth Amended Complaint. <u>See</u> Docket # 223. Accordingly, the parties respectfully request that the Court issue its decision.

Respectfully submitted,

Dated: November 13, 2014    **MOORE & LEVIANT LLP**

By: /s/ *J. Mark Moore*
J. Mark Moore
H. Scott Leviant

**BERNS WEISS LLP**
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

Attorneys for Plaintiffs Mario Salas, *et al*

Dated: November 13, 2014    **CADDEN & FULLER LLP**

By: /s/ *Andrew M. Sussman*
Andrew M. Sussman
Thomas H. Cadden

Attorneys for Defendants Kenneth Bourguignon and Don Bourguignon

Dated: November 13, 2014    **ALTSHULER BERZON LLP**

By: /s/ *Stacey Leyton*
Stacey Leyton

Attorneys for Defendants International Union of Operating Engineers, James T. Callahan, and Vince Giblin

Dated: November 13, 2014          **ATKINSON, ANDELSON, LOYA, RUUD & ROMO**

By: /s/ *Barbara S. Van Ligten*
Steven D. Atkinson
Barbara S. Van Ligten

Attorneys for Defendants Mike Gomez, Michael Crawford, Paul Von Berg, Bruce Cooksey, Jim Hulse and Mike Prlich

Dated: November 13, 2014          **HILL, FARRER & BURRILLL LLP**

By: /s/ *E. Sean McLoughlin*
James A. Bowles
E. Sean McLoughlin

Attorneys for Defendant C.W. Poss

Dated: November 13, 2014          **POSNER & ROSEN LLP**

By: /s/ *Howard Z. Rosen*
Howard Z. Rosen
Jason C. Marsili
Brianna M. Primozic

Attorneys for Defendants William Waggoner, Mickey J. Adams, Dan Billy, Larry Davison, Dan Hawn, Ron Sikorski, Bert Tolbert, Patricia M. Waggoner, Kenneth Waggoner, and Operating Engineers Funds, Inc.

## CERTIFICATION RE SIGNATURES

Pursuant to Local Rule 5.4.3.4(a)(2), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 13, 2014          **MOORE & LEVIANT LLP**

By: /s/ *J. Mark Moore*
J. Mark Moore