J. Mark Moore (SBN 180473)
   jmm@mllawyers.net
H. Scott Leviant (SBN 200834)
   hsl@mllawyers.net
Linh Hua (SBN 247419)
   lh@mllawyers.net
**MOORE & LEVIANT LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (877) 360-7020
Facsimile: (310) 870-7020

Jeffrey K. Berns (SBN 131351)
   jberns@law111.com
Albert G. Lum (SBN 259053)
   alum@law111.com
**BERNS WEISS LLP**
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (SBN 297834)
   lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al.,<br><br>       Plaintiffs,<br><br>  vs.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, a trade union, et al.,<br><br>       Defendants. | Case No.: 12-cv-10506 DDP (xVBK)<br><br>CLASS ACTION<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CHRIS LAQUER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)** |

1   TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF
2   RECORD:
3   Defendant **CHRIS LAQUER** *only*, and no other Defendant, is dismissed
4   from this action as follows:

1. All claims asserted by all Plaintiffs, MARIO SALAS, MELVIN CHAMBERLAIN, ALBIN WATSON, and JOHN PAXIN, in their individual capacities, are dismissed *without* prejudice; and,
2. All class claims alleged on behalf of the putative class are dismissed *without* prejudice.

Because no class has been certified in this action, the Court's approval of this dismissal is not required pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.  *See*, Fed. R. Civ. P. 41(a)(1)(A) and 23(e). Plaintiffs and Defendant Chris Laquer will separately memorialize a tolling agreement applicable to any claims asserted against Defendant Chris Laquer in this action.

Respectfully submitted

Dated: March 25, 2015    **MOORE & LEVIANT LLP**

By: /s/ H. Scott Leviant
J. Mark Moore
H. Scott Leviant

**BERNS WEISS LLP**
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

Attorneys for Plaintiffs