STEPHEN P. BERZON (SBN 46540)
JONATHAN WEISSGLASS (SBN 185008)
STACEY M. LEYTON (SBN 203827)
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
sberzon@altshulerberzon.com
jweissglass@altshulerberzon.com
sleyton@altshulerberzon.com

*Attorneys for Defendants International Union
of Operating Engineers, Vincent Giblin,
James T. Callahan, Brian E. Hickey, Patrick
L. Sink, Jerry Kalmar, Russell E. Burns,
Rodger Kaminska, James M. Sweeney, Robert
T. Heenan, Daniel J. McGraw, Daren
Konopaski, Michael Gallagher, Greg
Lalevee, Terrance E. McGowan, Louis G.
Rasetta, and James Van Dyke*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, *et al.*, | No. CV 12-10506 DDP (VBKx) |
| Plaintiffs, | **STIPULATION RE: 54(B) JUDGMENT** |
| v. | |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, *et al.*, | |
| Defendants. | |

1    TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF

2    RECORD:

3        This Stipulation is entered into by and between all Plaintiffs and by Defendants

4    International Union of Operating Engineers, Vincent Giblin, James T. Callahan, Brian E.

5    Hickey, Patrick L. Sink, Jerry Kalmar, Russell E. Burns, Rodger Kaminska, James M.

6    Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren Konopaski, Michael Gallagher,

7    Greg Lalevee, Terrance E. McGowan, Louis G. Rasetta, and James Van Dyke

8    ("Stipulating Defendants").  Plaintiffs and Stipulating Defendants (collectively, "the

9    Parties") hereby stipulate and agree as follows:

10        1.    All claims asserted by Plaintiffs against Stipulating Defendants have been

11    dismissed.  *See* Dkt. 88 (notice dismissing James Van Dyke); Dkt. 130 (notice dismissing

12    Brian E. Hickey, Jerry Kalmar, Rodger Kaminska, James M. Sweeney, Robert T.

13    Heenan, Daniel J. McGraw, Daren Konopaski, Michael Gallagher, Greg Lalevee,

14    Terrance E. McGowan, Louis G. Rasetta); Dkt. 174 (Court Order dismissing Patrick L.

15    Sink and Russell E. Burns); Dkt. 249 (Court Order granting dismissal of International

16    Union of Operating Engineers, Vincent Giblin and James T. Callahan).

17        2.    Partial final judgment under Federal Rule of Civil Procedure 54(b) is

18    appropriate in this matter because there are multiple parties involved, the claims against

19    Stipulating Defendants have been finally resolved, and there is no just reason for delay.

20    *See Noel v. Hall*, 568 F.3d 743, 745 (9th Cir. 2009) (FRCP 54(b) judgment appropriate

21    when orders have "disposed of the case" as to defendants seeking 54(b) judgment, even

22    when similar claims remained pending against other defendants); *Texico, Inc. v.*

23    *Ponsoldt*, 939 F.2d 794, 797 (9th Cir. 1991) ("Rule 54(b) certification is proper if it will

24    aid expeditious decision of the case.") (internal quotation marks and citation omitted).

25        3.    Based on the foregoing, Plaintiffs and Stipulating Defendants stipulate to

26    entry of partial final judgment under Federal Rule of Civil Procedure 54(b).

27

28

4.      Plaintiffs have agreed to waive the right to appeal the judgment in favor of Stipulating Defendants.  Therefore, there is no risk of piecemeal appeals resulting from the FRCP 54(b) judgment.

5.      Plaintiffs and Stipulating Defendants have each agreed to bear their own fees and costs.

6.      The caption of this case should be modified so that the names of Stipulating Defendants no longer appear, and so should hereinafter be *Mario Salas, et al. v. William Waggoner, et al*.


IT IS SO STIPULATED.


DATE: September 1, 2015                     Respectfully submitted,

                                            ALTSHULER BERZON LLP

                                            By:    */s/ Stacey Leyton*
                                                   Stacey Leyton

                                            *Attorneys for Stipulating Defendants*


Dated: September 1, 2015                    MOORE & LEVIANT LLP

                                            By:    */s/H. Scott Leviant*
                                                   H. Scott Leviant

                                            *Attorneys for Plaintiffs*