STEPHEN P. BERZON (SBN 46540)
JONATHAN WEISSGLASS (SBN 185008)
STACEY M. LEYTON (SBN 203827)
ALTSHULER BERZON LLP
177 Post Street Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
sberzon@altshulerberzon.com
jweissglass@altshulerberzon.com
sleyton@altshulerberzon.com

*Attorneys for Defendants International Union of Operating Engineers, Vincent Giblin, James T. Callahan, Brian E. Hickey, Patrick L. Sink, Jerry Kalmar, Russell E. Burns, Rodger Kaminska, James M. Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren Konopaski, Michael Gallagher, Greg Lalevee, Terrance E. McGowan, Louis G. Rasetta, and James Van Dyke*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, *et al.*,<br><br>          Defendants. | No. CV 12-10506 DDP (VBKx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)**<br><br>[NO JS-6] |

Pursuant to Federal Rule of Civil Procedure 54(b), judgment is hereby entered in favor of Defendants International Union of Operating Engineers, Vincent Giblin, James T. Callahan, Brian E. Hickey, Patrick L. Sink, Jerry Kalmar, Russell E. Burns, Rodger Kaminska, James M. Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren Konopaski, Michael Gallagher, Greg Lalevee, Terrance E. McGowan, Louis G. Rasetta, and James Van Dyke.

Date: _____     _____
September 03, 2015

Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B),
Case No. CV 12-10506 DDP (VBKx)