Jeffrey K. Berns (SBN 131351)
  jberns@law111.com
Albert G. Lum (SBN 259053)
  alum@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone: (818) 961-2000
Facsimile:  (818) 936-0232

Lee A. Weiss (SBN 297834)
  lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile:  (818) 936-0232

J. Mark Moore (SBN 180473)
  jmm@mllawyers.net
**LAW OFFICES OF J. MARK MOORE**
578 Washington Blvd., #812
Marina Del Rey, CA 90292
Telephone: (877) 360-7020
Facsimile:  (310) 870-7020

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM C. WAGGONER, et al., <br><br> Defendants. | Case No.: 12-cv-10506 DDP (JPRx) <br><br> **JOINT STIPULATION DISMISSING CLAIMS WITH PREJUDICE THAT WERE PREVIOUSLY DISMISSED WITHOUT PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

This Stipulation is entered into by and between Plaintiffs Mario Salas, Melvin Chamberlin, Albin Watson, and John Paxin; Defendants C.W. Poss, Mickey Adams, Operating Engineers Funds, Inc., Ron Sikorski, William Waggoner, and Bert Tolbert; and former Defendants Steve Billy, John Nelson, Mike Roddy, John Sawyer, Chris Laquer, and Walt Elliott. The Stipulation is entered into based upon the following facts:

A. Steve Billy, John Nelson, and Mike Roddy were defendants named in the Complaint and the First Amended Class Action Complaint (FAC) filed in this action on April 19, 2013 (Dkt. No. 58). On July 17, 2013, Plaintiffs filed a Notice of Dismissal (Dkt. No. 78) dismissing their claims against Mr. Billy, Mr. Young and Mr. Roddy from this action without prejudice.

B. John Sawyer was a defendant named in the Complaint, FAC, and the Second Amended Class Action Complaint (SAC) filed in this action on July 22, 2013 (Dkt. No. 82). On July 29, 2013, Plaintiffs filed a Notice of Dismissal (Dkt. No. 85) dismissing their claims against Mr. Sawyer without prejudice.

C. Walt Elliott was a defendant named in the Complaint, FAC, SAC, Third Amended Class Action Complaint filed in this action on September 23, 2013 (Dkt. No. 95), and Fourth Amended Class Action Complaint (4thAC) filed in this action on February 27, 2014 (Dkt. No. 167). Plaintiffs contend Mr. Elliott was served on February 10, 2013 (*see* Dkt. No. 40) and Mr. Elliott denies that he was served, Mr. Elliott never appeared in this action.

D. Chris Laquer was a defendant named in the 4thAC. On March 25, 2015, Plaintiffs filed a Notice of Dismissal (Dkt. No. 269) dismissing their claims against Mr. Laquer without prejudice.

E. The parties recently agreed to settle this action. They have been exchanging drafts of a settlement agreement that they believe is close to being finalized.

F. In order to insure that the settlement finally concludes this matter, Plaintiffs have agreed to dismiss their claims against Mssrs. Billy, Nelson, Roddy, Sawyer, Laquer, and Elliott with prejudice; and Plaintiffs and Mssrs. Billy, Nelson, Roddy, Sawyer, Laquer, and Elliott have agreed to each bear their own fees and costs incurred in this action.

Therefore, Plaintiffs and Steve Billy, John Nelson, Mike Roddy, John Sawyer, Chris Laquer, and Walt Elliott stipulate as follows:

1. Plaintiffs dismiss with prejudice their claims against Steve Billy, John Nelson, Mike Roddy, John Sawyer, Chris Laquer, and Walt Elliott that Plaintiffs previously dismissed without prejudice.

2. Plaintiffs and Steve Billy, John Nelson, Mike Roddy, John Sawyer, Chris Laquer, and Walt Elliott agree to each bear their own fees and costs incurred in this action.

IT IS SO STIPULATED.

Dated: ~~December~~ January /?, 201~~6~~7

Respectfully submitted

BERNS WEISS LLP

By: _____
Jeffrey K. Berns
Lee A. Weiss
Albert G. Lum

LAW OFFICE OF J. MARK MOORE
J. Mark Moore

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: December ___. 2016 | |
| 2 | | By: /s/ [signature] |
| 3 | | Walt Elliott |
| 4 | Dated: December ___. 2016 | |
| 5 | | By: /s/ |
| 6 | | Steve Billy |
| 7 | Dated: December ___. 2016 | |
| 8 | | By: /s/ |
| 9 | | John Nelson |
| 10 | Dated: December ___. 2016 | |
| 11 | | By: /s/ |
| 12 | | Mike Roddy |
| 13 | Dated: December ___. 2016 | |
| 14 | | By: /s/ |
| 15 | | John Sawyer |
| 16 | Dated: December ___. 2016 | |
| 17 | | By: /s/ |
| 18 | | Chris Laquer |
| 19 | Dated: December ___, 2016 | HILL, FARRER & BURRILL LLP |
| 20 | | |
| 21 | | By: /s/ |
| 22 | | James A. Bowles |
| 23 | | E. Sean McLoughlin |
| | | Attorneys for Defendant C.W. Poss |

Dated: December ___, 2016

By: /s/ _____
Walt Elliott

Dated: December 5, 2016

By: /s/ Steve Billy
Steve Billy

Dated: December ___, 2016

By: /s/ _____
John Nelson

Dated: December ___, 2016

By: /s/ _____
Mike Roddy

Dated: December ___, 2016

By: /s/ _____
John Sawyer

Dated: December ___, 2016

By: /s/ _____
Chris Laquer

Dated: December ___, 2016

HILL, FARRER & BURRILL LLP

By: /s/ _____
James A. Bowles
E. Sean McLoughlin

Attorneys for Defendant C.W. Poss

| | |
|---|---|
| Dated: December ___, 2016 | By: /s/ _____<br>Walt Elliott |
| Dated: December ___, 2016 | By: /s/ _____<br>Steve Billy |
| Dated: December ___, 2016 | By: /s/ John Nelson _____<br>John Nelson |
| Dated: December ___, 2016 | By: /s/ _____<br>Mike Roddy |
| Dated: December ___, 2016 | By: /s/ _____<br>John Sawyer |
| Dated: December ___, 2016 | By: /s/ _____<br>Chris Laquer |
| Dated: December ___, 2016 | HILL, FARRER & BURRILL LLP<br><br>By: /s/ _____<br>James A. Bowles<br>E. Sean McLoughlin<br>Attorneys for Defendant C.W. Poss |

| | |
|---|---|
| Dated: December __, 2016 | By: /s/ _____<br>Walt Elliott |
| Dated: December __, 2016 | By: /s/ _____<br>Steve Billy |
| Dated: December __, 2016 | By: /s/ _____<br>John Nelson |
| Dated: December 13, 2016 | By: /s/ *(signature)*<br>Mike Roddy |
| Dated: December __, 2016 | By: /s/ _____<br>John Sawyer |
| Dated: December __, 2016 | By: /s/ _____<br>Chris Laquer |
| Dated: December __, 2016 | HILL, FARRER & BURRILL LLP<br><br>By: /s/ _____<br>James A. Bowles<br>E. Sean McLoughlin<br><br>Attorneys for Defendant C.W. Poss |

| | | |
|---|---|---|
| 1 | Dated: December ___, 2016 | |
| 2 | | By: /s/ _____ |
| 3 | | Walt Elliott |
| 4 | Dated: December ___, 2016 | |
| 5 | | By: /s/ _____ |
| 6 | | Steve Billy |
| 7 | Dated: December ___, 2016 | |
| 8 | | By: /s/ _____ |
| 9 | | John Nelson |
| 10 | Dated: December ___, 2016 | |
| 11 | | By: /s/ _____ |
| 12 | | Mike Roddy |
| 13 | Dated: December ___, 2016 | |
| 14 | | By: /s/ *John Sawyer* (signature) |
| 15 | | John Sawyer |
| 16 | Dated: December ___, 2016 | |
| 17 | | By: /s/ _____ |
| 18 | | Chris Laquer |
| 19 | Dated: December ___, 2016 | HILL, FARRER & BURRILL LLP |
| 20 | | |
| 21 | | By: /s/ _____ |
| 22 | | James A. Bowles |
| 23 | | E. Sean McLoughlin |
| 24 | | Attorneys for Defendant C.W. Poss |

Case No.: 12-cv-10506 DDP (JPRx)        Page 3
JOINT STIPULATION DISMISSING CLAIMS WITH PREJUDICE THAT WERE PREVIOUSLY DISMISSED WITHOUT PREJUDICE

| | |
|---|---|
| Dated: December ___, 2016 | By: /s/ _____<br>Walt Elliott |
| Dated: December ___, 2016 | By: /s/ _____<br>Steve Billy |
| Dated: December ___, 2016 | By: /s/ _____<br>John Nelson |
| Dated: December ___, 2016 | By: /s/ _____<br>Mike Roddy |
| Dated: December ___, 2016 | By: /s/ _____<br>John Sawyer |
| Dated: December 5, 2016 | By: /s/ *Chris Laquer* _____<br>Chris Laquer |
| Dated: December ___, 2016 | HILL, FARRER & BURRILL LLP<br><br>By: /s/ _____<br>James A. Bowles<br>E. Sean McLoughlin<br><br>Attorneys for Defendant C.W. Poss |

Case No.: 12-cv-10506 DDP (JPRx)        Page 3
JOINT STIPULATION DISMISSING CLAIMS WITH PREJUDICE THAT WERE PREVIOUSLY DISMISSED WITHOUT PREJUDICE

```
 1 | Dated: December ___, 2016
 2 |                                          By: /s/ _____
 3 |                                              Walt Elliott
 4 | Dated: December ___, 2016
 5 |                                          By: /s/ _____
 6 |                                              Steve Billy
 7 | Dated: December ___, 2016
 8 |                                          By: /s/ _____
 9 |                                              John Nelson
10 | Dated: December ___, 2016
11 |                                          By: /s/ _____
12 |                                              Mike Roddy
13 | Dated: December ___, 2016
14 |                                          By: /s/ _____
15 |                                              John Sawyer
16 | Dated: December 5, 2016
17 |                                          By: /s/ [signature]
18 |                                              Chris Laquer
19 | Dated: December ___, 2016               HILL, FARRER & BURRILL LLP
20 |
21 |                                          By: /s/ [signature]
22 |                                              James A. Bowles
                                                  E. Sean McLoughlin
23 |                                          Attorneys for Defendant C.W. Poss
```

Case No.: 12-cv-10506 DDP (JPRx)                    Page 3
JOINT STIPULATION DISMISSING CLAIMS WITH PREJUDICE THAT WERE PREVIOUSLY DISMISSED WITHOUT PREJUDICE

```
 1   Dated: December 16, 2016          MCLEOD & WITHAM LLP
 2
                                       By: /s/
 3                                        David McLeod
                                          Jeffrey R. Witham
 4
                                       Attorneys for Defendants William Waggoner,
 5                                     Mickey J. Adams, Ron Sikorski, and
                                       Operating Engineers Funds, Inc.
 6
 7   Dated: December __, 2016          PARKER MILLIKEN CLARK O'HARA &
                                          SAMUELIAN, APC
 8
 9                                     By: /s/
                                          Richard Clark
10                                        Michael Mellema

11                                     Attorneys for Defendant Bert Tolbert
12
...
28
```

| | | |
|---|---|---|
| 1 | Dated: December __, 2016 | MCLEOD & WITHAM LLP |
| 2 | | |
| 3 | | By: /s/<br>David McLeod<br>Jeffrey R. Witham |
| 4 | | |
| 5 | | Attorneys for Defendants William Waggoner, Mickey J. Adams, Ron Sikorski, and Operating Engineers Funds, Inc. |
| 6 | | |
| 7 | Dated: December 16, 2016 | PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, APC |
| 8 | | |
| 9 | | By: /s/ Richard Q. Clark<br>Richard Clark<br>Michael Mellema |
| 10 | | |
| 11 | | Attorneys for Defendant Bert Tolbert |