Jeffrey K. Berns (SBN 131351)
    jberns@law111.com
Albert G. Lum (SBN 259053)
    alum@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone: (818) 961-2000
Facsimile:  (818) 936-0232

Lee A. Weiss (SBN 297834)
    lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile:  (818) 936-0232

J. Mark Moore (SBN 180473)
    jmm@mllawyers.net
**LAW OFFICES OF J. MARK MOORE**
578 Washington Blvd., #812
Marina Del Rey, CA 90292
Telephone: (877) 360-7020
Facsimile:  (310) 870-7020

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al., | Case No.: 12-cv-10506 DDP (JPRx) |
| Plaintiffs, | |
| vs. | **ORDER GRANTING REQUEST FOR DISMISSAL OF CLAIMS WITH PREJUDICE THAT WERE PREVIOUSLY DISMISSED WITHOUT PREJUDICE** |
| WILLIAM C. WAGGONER, et al., | |
| Defendants. | |

Case No.: 12-cv-10506 DDP (JPRx)

**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF CLAIMS WITH PREJUDICE THAT WERE PREVIOUSLY DISMISSED WITHOUT PREJUDICE**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

The Court having considered the Request for Dismissal of Claims with Prejudice that Were Previously Dismissed without Prejudice by Plaintiffs Mario Salas, Melvin Chamberlain, Albin Watson, and John Paxin, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' individual and representative claims against former Defendants Brian E. Hickey, Jerry Kalmar, Rodger Kaminska, James M. Sweeney, Robert T. Heenan, Daniel J. McGraw, Daren Konopaski, Michael Gallagher, Greg Lalevee, Terrance E. McGowan, Louis G. Rasetta, and James Van Dyke, which were previously dismissed in this action without prejudice (*see* Dkt. Nos. 88 and 130), are dismissed with prejudice.

IT IS SO ORDERED.

Dated: ___February 2, 2017___    _____
                                                   Hon. Dean D. Pregerson
                                                   UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL OF CLAIMS WITH PREJUDICE THAT WERE PREVIOUSLY DISMISSED WITHOUT PREJUDICE**