Jeffrey K. Berns (SBN 131351)
jberns@law111.com
Albert G. Lum (SBN 259053)
alum@law111.com
**BERNS WEISS LLP**
6800 Owensmouth Avenue, Suite 310
Canoga Park, CA 91303
Telephone: (818) 961-2000
Facsimile: (818) 936-0232

Lee A. Weiss (SBN 297834)
lweiss@law111.com
**BERNS WEISS LLP**
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 936-0232

J. Mark Moore (SBN 180473)
jmm@mllawyers.net
**LAW OFFICES OF J. MARK MOORE**
578 Washington Blvd., #812
Marina Del Rey, CA 90292
Telephone: (877) 360-7020
Facsimile: (310) 870-7020

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO SALAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM C. WAGGONER, et al., <br><br> Defendants. | Case No.: 12-cv-10506 DDP (JPRx) <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

Case No.: 12-cv-10506 DDP (JPRx)
**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2      The Court having considered the parties' Stipulation of Dismissal Pursuant to
3  Fed. R. Civ. P. 41(a), and good cause appearing:

4      IT IS HEREBY ORDERED that the above-captioned action is dismissed
5  with prejudice, each party to bear their own costs and attorneys' fees.

7  IT IS SO ORDERED.

9  Dated: February 2, 2017

                          Hon. Dean D. Pregerson
                         UNITED STATES DISTRICT JUDGE